**G**

Alexander Yiannopoulos                    _CPC_ _____ COURT

**PETITIONER**

                                          PARISH/CITY OF _Orleans_

V.                                        STATE OF LOUISIANA

Daniel Arnold                             DIVISION: _____ NUMBER: **2025-11072**

**DEFENDANT**                             FILED: _____ CLERK: _____

_____
Parent/Guardian name if defendant is a minor

**DOMESTIC RELATIONS SECTION 1**

## PETITION FOR PROTECTION FROM STALKING OR SEXUAL ASSAULT

Pursuant to La. R.S. 46:2171 et seq. or La. R.S. 46:2181 et seq.

**This petition is:**    ■ Initial Petition    ☐ Supplemental and Amending Petition

The petition of __Alexander Yiannopoulos__ , born __02/14/1985__
                        _your name_                        _month/day/year_

a resident of the State of Louisiana, respectfully represents:

### Paragraph 1: Petitioner/Protected Person(s)

Petitioner files this petition on behalf of:

a.    ✔ Petitioner, and/or

b.    ____ Minor child(ren) as follows: (Name, Date of Birth, Relationship to Petitioner)

c.    ____ Alleged incompetent as follows: (Name, Date of Birth, Relationship to Petitioner)

### Paragraph 2: Protected Person(s) Address

a.    ____ Petitioner requests that his/her address, or that of the minor child(ren) or alleged incompetent, remain confidential to the court and files the address pursuant to La. R.S. 46:2134(B). **(Ask clerk of court for the Confidential Address Form.)**

*OR*

b.    ✔ Petitioner's current address:

3724 Laurel St.
_____
No. & Street                                    Apt. No.

New Orleans, LA 70115
_____
City                                    State            Zip Code

c.    ____ The minor child's or alleged incompetent's current address:

_____
No. & Street                                    Apt. No.

_____
City                                    State            Zip Code

### Paragraph 3: Special Requests

a.    ____ Petitioner requests interpreter service, for:

☐ self/protected person, in following language: _____

☐ witness(es), in following language: _____

**EXHIBIT A**

**VERIFIED**

LPOR D
v.15.1

Page 1 of 7

b. ____ Petitioner requests criminal history record from sheriff for:

☐ defendant
☐ witness(es) (see information on Addendum, page 8)

## Paragraph 4:  Defendant Address

Daniel Arnold , defendant, resides in **Cook County** Parish at
*Abuser's Name*

University of Chicago Divinity School     Swift 401A     IL     60637
*No. & Street*          *Apt. No.*   *State*   *Zip Code*

## Paragraph 5:  Venue

This Court is the proper venue for this action because:

___ The defendant resides in _____ Parish.

✔ The stalking/sexual assault occurred in **Orleans** Parish.

✔ The protected person(s) resides in **Orleans** Parish.
*(Do not fill this out if address is to remain confidential.)*

## Paragraph 6:  Relationship

The defendant is an acquaintance of or stranger/unknown to the protected person(s).

## Paragraph 7:  Description of stalking/sexual assault

a. **Stalking** (La. R.S. 46:2171 et seq.):  Defendant intentionally and repeatedly engaged in the following behavior(s) which caused the protected person to feel alarmed or to suffer emotional distress:

___ Followed protected person(s)
___ Harassed protected person(s)
___ Uninvited presence at protected person(s)' home
✔ Uninvited presence at protected person(s)' workplace
___ Uninvited presence at protected person(s)' school
___ Uninvited presence at other places
✔ Made/sent telephone calls, texts, emails or other electronic communications to protected person(s)
✔ Sent messages via a third party, letters, pictures, public posts to social media
___ Sent unwanted gifts to protected person(s)
___ Other: ____

✔ Implied or threatened protected person(s) with bodily injury
✔ Implied or threatened protected person(s)' life
___ Used tracking device to monitor protected person(s)
✔ Stalked, harmed/threatened to harm protected person(s) or member of protected person(s)' family or acquaintance of protected person(s)
___ Implied or threatened protected person(s) with kidnapping
___ Implied or threatened protected person(s) with sexual assault
___ Possessed a dangerous weapon during any of the foregoing behaviors
___ Threatened protected person(s) with a dangerous weapon

b. **Sexual assault** (La. R.S. 46:2181 et seq.):  Defendant intentionally assaulted the protected person in the following manner:

___ Touched the protected person's genitals, anus, breasts or buttocks (either directly or through clothing) using defendant's body part(s) or other objects, without consent.
___ Forced the protected person to touch the defendant's genitals, anus, breasts or buttocks (either directly or through clothing) using protected person's body part(s) or other objects.
___ Penetrated the protected person's vagina or anus using defendant's body part(s) or other objects, without consent.
___ Forced the protected person to penetrate the defendant's vagina or anus, using protected person's body part(s) or other objects.
___ Displayed genitals, anus, and/or female breast nipples to protected person without consent, in a public place or prison/jail.
___ Deceived the protected person into engaging in anal, oral or vaginal intercourse with the defendant by misrepresenting themselves as someone else known to the protected person.
___ Sent an electronic communication, letter, photograph, or drawing containing sexually explicit materials or content to the protected person without consent.

LPOR D
v.15.1

___ Exposed the protected person to the HIV/AIDS virus through sexual contact without the knowing and lawful consent of the protected person.

___ Viewed or spied on the protected person at a private residence without consent for defendant's sexual gratification.

___ Used an image or video recording device to view or observe the protected person without consent for a lewd or lascivious purpose.

___ Electronically transferred an image or video of the protected person obtained by the above without the consent of the protected person.

___ Gave a drug, narcotic, anesthetic, intoxicant agent or other controlled dangerous substance to the protected person without her/his consent.

___ Possessed a dangerous weapon at the time of any of the foregoing behaviors.

___ Threatened the protected person with a dangerous weapon during any of the foregoing behaviors.

___ Other:

c. The facts and circumstances of stalking or sexual assault are as follows:

The most recent incident of stalking or sexual assault which caused petitioner to file this petition happened on or about
__November 18, 2025___ (date) at which time the defendant did:

Defendant (Daniel A. Arnold) is a professional rival who has escalated a 15-year academic dispute and political disagreement into a criminal campaign of cyberstalking.

On Oct 25, 2025, he created the alias "Mihail Shevchenko" on Academia.edu to defame my employment in the field of Cybersecurity ("the last refuge of the antisocial and unemployable"). When I exposed his identity, he deleted the account to destroy evidence.

On Nov 5 2025 he posted a veiled threat of home invasion on X/Twitter, stating: "POV: You're a conservative family and someone just kicked the door down," accompanied by an image of the Democrat politician Jay Jones. Jones is infamous for leaked text messages wherein he expressed murderous intent toward his Republican political rival, Todd Gilbert ("Gilbert gets two bullets to the head") and a desire to murder Gilbert's entire family including Gilbert's children ("Do I think Todd and Jennifer are evil? And that they're breeding little fascists? Yes"). Defendant is a Democrat political activist and organizer. I am a registered Republican. Defendant is aware of my opposing political affiliation.

On Nov 8, 2025 he created a new evasive "sock puppet" account on X/Twitter (@bananaxx1294120), which he used to harass me after I exposed his previous aliases.

On November 18 2025 I filed a police report with NOPD regarding this ongoing danger (Item # K-16401-25, attached as Exhibit A).

Past incidents: _____

Pattern of Violent Ideation & Threats: The defendant has established a clear pattern of public violent ideation that places me in "reasonable fear of... serious bodily injury" 18 U.S.C. § 2261A). Oct 25 2025: "What's a concrete example of a situation where it would be good to start lynching judges?." Sep 4 2025: "Should someone else kill everyone in your family to save one of their family members?." Jul 2 2025: "I support literally any means necessary to rid society of people like this [i.e., conservatives/Republicans]."

Defamation Per Se: The defendant has repeatedly published false accusations of criminal conduct ("defamation per se") as a tool of harassment. Oct 17 2025: "Do your parents know you're a pedophile?." Oct 29 2025: "So then you think child pornography is really worthwhile?." See attached Dossiers for full forensic evidence of identity and conduct.

LPOR D
v.15.1

## Paragraph 8:  Requests for relief

Because of the immediate and present danger of stalking, or sexual assault, petitioner requests that an *ex parte* Temporary Restraining Order be issued immediately without bond:

✔ a.    prohibiting defendant from abusing, harassing, assaulting, stalking, following, tracking, monitoring, or threatening the protected person(s) in any manner whatsoever.  This prohibition includes the use, attempted use, or threatened use of physical force that would reasonably be expected to cause bodily injury.

_____ b.    prohibiting the  defendant  from contacting the protected person(s) personally, through a third party, or via public posting, by any means, including written, telephone, or electronic (text, email, messaging, or social media) communication, or sending gifts to the protected person(s).

✔ c.    prohibiting defendant from going within one hundred (100) yards of the residence, apartment complex, or multiple   family dwelling of the protected person(s) located at:

_____ d.    ordering the defendant to stay away from the protected person(s)' place of employment/school and not to interfere in any manner with such employment/school located at:

| Employment/School | Address | City | State | Zip Code |
|---|---|---|---|---|
| Employment/School | Address | City | State | Zip Code |

_____ e.    ordering the defendant not to damage any belongings of the protected person(s), not to shut off any utilities, telephone service, or mail delivery to the protected person(s), or in any way interfere with the living conditions of the protected person(s).

_____ f.    granting the petitioner or protected person(s) the use of the residence located at:

| No. & Street    Apt. No. | City | State | Zip Code |
|---|---|---|---|

to the exclusion of defendant by **evicting** defendant and ordering the defendant to surrender any keys to that residence to the petitioner, and ordering _____ (Sheriff's office) to **evict** the defendant.
Said residence is:
_____ jointly owned by defendant and petitioner or protected person(s).
_____ jointly leased by defendant and petitioner or protected person(s).
_____ solely owned or leased by petitioner or protected person(s).

Presently occupied by _____ .

_____ g.    granting petitioner or protected person(s) possession of the following property (including pets or other animals) **solely owned or leased by petitioner or protected person(s)** (state location of each by street address and who is presently in possession).

_____

_____

_____

_____

granting petitioner or protected person(s) the exclusive use and possession of the following property (including pets or other animals) **jointly owned or leased by petitioner or protected person(s)** (state location of each by street address and who is presently in possession).

_____

_____

_____

_____

for the following reasons: _____

LPOR D
v.15.1

And ordering _____ (Sheriff's office) to accompany petitioner to where the above listed property is located to allow petitioner to take possession.

_____ h.  prohibiting either party from transferring, encumbering, or otherwise disposing of property jointly owned or leased, except in the normal course of business or necessary for the support of the petitioner and/or the minor child(ren) or alleged incompetent.

_____ i.  allowing _____ to return to the residence at a date and time to be agreed upon by petitioner and law enforcement agency, to recover his/her personal clothing and necessities, only if s/he is accompanied by a law enforcement officer to ensure the protection and safety of the parties.  NO FORCED ENTRY ALLOWED.

_____ j.  ordering a representative of _____ (Sheriff's office) to

accompany _____ to the family residence to recover her/his personal clothing

and necessities.

_____ k.  prohibiting the defendant from contacting protected person(s)' family members, or individuals with whom protected person(s) is acquainted.

## Paragraph 9:  Other Requests

Petitioner desires that a rule issue herein ordering defendant to show cause why the orders requested in Paragraph 8 should not be made into protective orders, and why defendant should not also be ordered:

✔  to seek professional counseling
✔  to submit to a medical evaluation and/or a mental health evaluation
✔  to pay costs of court in this matter.
✔  to pay attorney fees
✔  to pay evaluation fees
✔  to pay expert witness fees
___  to pay cost of medical / psychological care for the protected person(s), necessitated by the stalking or sexual assault
___  to vacate the residence or household, thereby granting petitioner possession thereof
___  other: _____

## PRAYER

**WHEREFORE**, petitioner prays that service and citation issue herein, and that: *(check all that apply)*

___  orders appointing an interpreter be granted *ex parte*.
___  orders authorizing criminal history records be granted *ex parte*.
✔  orders requested in Paragraph 8 be granted *ex parte*.
✔  a rule issue to show cause why protective orders as requested in Paragraph 9 should not be granted.
✔  defendant be cast with costs.
✔  defendant be advised of penalties for violating Stalking or Sexual Assault Prevention Orders.
✔  all other equitable relief as the court deems proper and necessary.

Respectfully submitted by _____ Alexander Yiannopoulos _____
PETITIONER, IN PROPER PERSON

_____    _____    _____
ATTORNEY Signature              Print Name                    La. Bar Roll No.

_____    _____
Phone No.          Physical Address

_____
Alternate Address (for service)

PLEASE SERVE DEFENDANT: _____ Daniel Arnold _____ personally at his/her home or
place of employment at the following address:

University of Chicago Divinity School
1025 East 58th Street, Swift 401A
Chicago, IL 60637                OR

LPOR D
v.15.1

**AFFIRMATION**

2025 NOV 19  AM 10: 43

DISTRICT COURT

STATE OF LOUISIANA

PARISH OF _____ Orleans _____

I am the petitioner in this Petition for Protection from Stalking or Sexual Abuse; I have read the allegations contained therein and declared them to be true and correct to the best of my knowledge, information, and belief. Further I believe that the defendant poses a threat to my safety and/or to the child(ren) or to others for whom I have requested relief.

I am aware that any false statement made under oath contained in the foregoing petition and this affirmation may constitute perjury pursuant to R.S. 14:123.

I have made this affirmation before the witness who signed below on __11/19/25__ (Date).


_____
PETITIONER SIGNATURE


PRINTED NAME OF WITNESS: _____


_____
WITNESS SIGNATURE

**LPOR D**
**v.15.1**

2025 NOV 19  AM 10: 43

DISTRICT COURT

## ADDENDUM

Fill out the following ONLY if requesting an order for witness criminal history records in Paragraph 3 on page 1 of this petition:

### Identifying information for witness criminal history record:

| Full legal name | Date of birth | Address* | Race* | Sex* | Other identifiers* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*optional

LPOR D
v.15.1

33

## LOUISIANA UNIFORM ABUSE PREVENTION ORDER

2025 NOV 19 AT 10:

DISTRICT COURT

### Order of Protection

**Temporary Restraining Order**

☒ Initial order
☐ Modified/Amended Order

Docket No. **2025-11072**

Court: _____ Div.: _____

City/Parish **ORLEANS**    State **Louisiana**

Filed: _____ Clerk: _____

---

**PETITIONER**

**ALEXANDER    YIANNOPOULOS**
First    Middle    Last

Protected person is: ☒ Petitioner    ☐ Other(s)  *List other(s) name & date of birth:*

**PETITIONER IDENTIFIERS**

**02/14/1985**    **WHITE**    ☐    ☒
Date of birth    Race    Sex: Fe  Sex: M

---

### V.

**DEFENDANT NAME AND ADDRESS**

**DANIEL    ARNOLD**
First    Middle    Last

_____
Name of minor defendant's parent or guardian

Defendant's Alias: **@NAMESOATTA, MIHAIL SHELL**
**1025 E 58th STREET,    SWIFT 401A**
No. & Street    Apt. No.

**CHICAGO    IL    60637**
City    State    Zip Code

**DEFENDANT IDENTIFIERS**

| SEX | RACE | DOB | HT | WT |
|-----|------|-----|----|----|
| M | WHITE | ca. 1970 | | |

| EYES | HAIR | ~~SOCIAL SECURITY #~~ PHONE # |
|------|------|------|
| | | (773) 702-8276 |

| DRIVER'S LICENSE # | STATE | EXP DATE |
|---|---|---|
| | IL | |

---

**THE COURT HEREBY FINDS:**

That it has jurisdiction over the parties and subject matter, and the defendant has been or will be provided with reasonable notice and opportunity to be heard. Additional findings of this court are as set forth on the following pages.

**THE COURT HEREBY ORDERS:**

That the above-named defendant be restrained from committing further acts of abuse or threats of abuse, stalking or sexual assault. Additional terms of this order are as set forth on the following pages.

**EXPIRATION:**

This order shall be effective through 11:59 PM on

_____
*(month/day/year)*

**ENFORCEMENT:**

This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. Section 2265).

---

**WARNINGS TO DEFENDANT:**

Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. Section 2262).

Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C. Section 922[g][8]). See further notice on page 6 of this Order.

**ONLY THE COURT CAN CHANGE THIS ORDER.**

VERIFIED    LPOR 1
v.15.1

Docket No. **25-11072**

2025 NOV 19 AM 10: 43

DISTRICT COURT

| LOUISIANA UNIFORM ABUSE PREVENTION ORDER |
|---|

## TEMPORARY RESTRAINING ORDER
### Pursuant to:

| ☐ La. R.S. 46:2131 et seq. (Domestic Abuse) | ☒ La. R.S. 46:2171 et seq. (Non-intimate stalking) | 46:2171 and 46:2181 valid for relationships in Box C below ONLY |
|---|---|---|
| ☐ La. R.S. 46:2151 (Dating Violence) | ☐ La. R.S. 46:2181 et seq. (Non-intimate sexual assault) | |
| ☐ La. Ch. C. Article 1564 et seq. (Children's Code Domestic Abuse) | | |

PETITIONER *ALEXANDER YIANNOPOULOS*   Protected person is: ☒ Petitioner ☐ other(s)

### V.

DEFENDANT *DANIEL ARNOLD*

| The protected person(s) is related to the defendant as: *(check all that apply)* | | |
|---|---|---|
| **A** | ☐ 1. current or former spouse<br>☐ 2. current or former intimate cohabitant<br>☐ 3. child, stepchild, or foster child<br>☐ 4. child of defendant's current or former intimate partner<br>☐ 5. protected person and defendant have a child(ren) in common | **B** ☐ 1. current or former dating partner<br>☐ 2. parent, stepparent, or foster parent<br>☐ 3. grandparent or other ascendant<br>☐ 4. grandchild or other descendant<br>☐ 5. child currently or formerly living with defendant |
| | | **C** *Select ONLY if R.S. 46:2171 or 46:2181 is marked above*<br>☐ 1. stranger/no relationship<br>☒ 2. acquaintance |

| **D** | ☐ | **FINDING: Domestic Abuse or Dating Violence**<br>THE COURT FINDS THAT THE ALLEGATIONS PRESENTED CONSTITUTE AN IMMEDIATE AND PRESENT DANGER TO THE PHYSICAL SAFETY OF THE PROTECTED PERSON(S). |
|---|---|---|
| | ☐ | **FINDING: Stalking**<br>THE COURT FINDS THAT THE ALLEGATIONS PRESENTED CONSTITUTE AN IMMEDIATE AND PRESENT DANGER OF STALKING. |
| | ☐ | **FINDING: Sexual Assault**<br>THE COURT FINDS THAT THE ALLEGATIONS PRESENTED CONSTITUTE A SEXUAL ASSAULT. |
| | | THUS, THE COURT ISSUES THE FOLLOWING ORDERS, WITHOUT A HEARING: |

| **E** | ☐ The court orders interpreter services | ☐ The court orders the sheriff to provide criminal history records of defendant and/or witnesses |
|---|---|---|

**IT IS ORDERED THAT THE DEFENDANT BE SERVED WITH A COPY OF THIS ORDER.**

LPOR 1
v.15.1

Docket No. **25-11072**

2025 NOV 19   AM 10: 43

| DOMESTIC ABUSE, DATING VIOLENCE, STALKING OR SEXUAL ASSAULT |
| ONLY ORDERS INITIALED BY A JUDGE, HEARING OFFICER, OR COMMISSIONER SHALL APPLY |

___ ☒ 1.  THE DEFENDANT IS ORDERED NOT TO abuse, harass, assault, stalk, follow, track, monitor, or threaten the protected person(s) in any manner whatsoever. This prohibition includes the use, attempted use, or threatened use of physical force that would reasonably be expected to cause bodily injury.

___ ☐ 2.  THE DEFENDANT IS ORDERED NOT TO contact the protected person(s) personally, through a third party, or via public posting, by any means, including written, telephone, or electronic (text, email, messaging, or social media) communication without the express written permission of this court.
Exceptions (if any):_____
_____
_____

___ ☒ 3.  THE DEFENDANT IS ORDERED NOT TO go within __1000 FEET__ (distance) of the protected person(s), without the express written permission of this court.
Exceptions (if any):_____
_____
_____

___ ☒ 4.  THE DEFENDANT IS ORDERED NOT TO go within one hundred (100) yards of the residence, apartment complex, or multiple family dwelling of the protected person(s).

__3724 LAUREL ST._____  __NEW ORLEANS__ __LA__ __70115__
No. & Street                                    Apt. No.          City         State    Zip Code

___ ☐ 5.  THE DEFENDANT IS ORDERED TO STAY AWAY from protected person(s)' place of employment/school and not to interfere in any manner with such employment/school.

_____  _____  _____  _____  _____
Employment/School        Address          City        State   Zip Code

_____  _____  _____  _____  _____
Employment/School        Address          City        State   Zip Code

___ ☒ 6.  THE DEFENDANT IS ORDERED NOT TO damage any belongings or property of the protected person(s) and not to shut off any utilities, telephone service, or mail delivery to the protected person(s) or in any way interfere with the living conditions of the protected person(s).

___ ☐ 7.  THE COURT GRANTS THE PETITIONER or protected person(s) the use of the residence   located at:

_____  _____  _____  _____  _____
No. & Street             Apt. No.   City              State   Zip Code

to the exclusion of defendant by **evicting** defendant. The Court orders the defendant to surrender any keys to that residence to the petitioner.

_____ (Sheriff's office) is ordered to **evict** the defendant.

___ ☐ 8.  THE COURT GRANTS THE PETITIONER or protected person(s) the use and possession of the following property (including pets or other animals) and/or the return of protected person(s) property including but not limited to telephones/other communication equipment, computers, medications, clothing, toiletries, social security cards, birth certificates/other forms of identification, tools of the trade, checkbooks, keys, automobiles, photographs, jewelry, or any other items or personal effects of protected person:

_____
_____
_____
_____
_____
_____
_____
_____

___ ☐ 9.  THE COURT ORDERS a representative of _____(Sheriff's office) to accompany petitioner to obtain property listed in Order No. 8 above.

LPOR 1
v.15.1

Docket No. **25-11072**

____ ☐10.    THE COURT PROHIBITS EITHER PARTY from transferring, encumbering, or otherwise disposing of property jointly owned or leased, except in the normal course of business or that which is necessary for the support of the petitioner and/or the minor child(ren).

____ ☐11.    THE COURT WILL ALLOW _____ to return to the residence at a date and time to be agreed upon by petitioner and law enforcement agency to recover his/her personal clothing and necessities, provided that s/he is accompanied by a law enforcement officer to ensure the protection and safety of the parties. NO FORCED ENTRY ALLOWED.

____ ☐12.    THE COURT ORDERS a representative of _____ (Sheriff's office) to accompany _____ to the residence located at _____ to recover her/his personal clothing and necessities.

---

### DOMESTIC ABUSE, DATING VIOLENCE ONLY
ONLY ORDERS INITIALED BY A JUDGE, HEARING OFFICER, OR COMMISSIONER SHALL APPLY

---

____ ☐13.    THE COURT GRANTS TEMPORARY CUSTODY of the following child(ren) or alleged incompetent to the petitioner: *(name, date of birth, and relationship to petitioner)*

_____

_____

____ ☐14.    THE COURT ORDERS a representative of _____ (Sheriff's office) to accompany petitioner to where the minor child(ren) or alleged incompetent mentioned in paragraph above is/are currently, and to effect petitioner obtaining physical custody of said child(ren) or alleged incompetent.

____ ☐15.    THE DEFENDANT IS ORDERED NOT TO interfere with the physical custody of the minor child(ren) or alleged incompetent.

____ ☐16.    THE DEFENDANT IS ORDERED TO show cause on the below hearing date why s/he should not be evicted from the solely owned residence or household and the petitioner granted possession.

____ ☐17.    THE DEFENDANT IS ORDERED TO show cause on the below hearing date why s/he should not be ordered to pay child support and/or spousal support (alimony) pursuant to Louisiana Law. **The court further orders the defendant to produce at the hearing: most recent income tax returns AND pay stubs or an employer statement documenting gross income to date for the CURRENT year. If the defendant is self-employed, income and expense statements shall be produced.**

---

### STALKING, SEXUAL ASSAULT ONLY
ONLY ORDERS INITIALED BY A JUDGE, HEARING OFFICER, OR COMMISSIONER SHALL APPLY

---

____ ☒18.    THE DEFENDANT IS ORDERED NOT TO contact family members or acquaintances of the protected person(s).

---

### DOMESTIC ABUSE, DATING VIOLENCE, STALKING OR SEXUAL ASSAULT
ONLY ORDERS INITIALED BY A JUDGE, HEARING OFFICER, OR COMMISSIONER SHALL APPLY

---

____ ☒19.    THE DEFENDANT IS ORDERED TO show cause on the below hearing date why s/he should not be ordered to pay the following:

☒ all court costs          ☒ attorney fees

☒ evaluation fees          ☒ expert witness fees

☒ cost of medical and/or psychological care for the petitioner, the minor child(ren), alleged incompetent, and/or other protected person(s) necessitated by the domestic abuse, dating violence, stalking or sexual assault.

____ ☒20.    THE DEFENDANT IS ORDERED TO show cause on the below hearing date why s/he should not be ordered to seek professional counseling, complete a court-monitored domestic abuse intervention program, submit to a medical evaluation and/or submit to a mental health evaluation.

LPOR 1
v.15.1

Docket No. **25-11072**

2025 NOV 19 AM 10: 43

DISTRICT COURT

___ ☐21.   Other:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

IT IS FURTHER ORDERED THAT DEFENDANT show cause on _____ *(month/day/year)*

at ____ o'clock ____. M. in Courtroom No. _____ of the _____ Court, located

at _____ in _____, La., why the

above Temporary Restraining Order and other relief requested should not be made Protective Orders.

---

### FULL FAITH AND CREDIT pursuant to 18 U.S.C. § 2265

This Order meets all requirements of the Violence Against Women Act (VAWA)**18 U.S.C. Section 2265**. This court has jurisdiction over the parties and the subject matter under the laws of the State of Louisiana; the defendant was given reasonable notice and an opportunity to be heard sufficient to protect the defendant's right to due process before this order was issued; or if the order was issued ex parte, the court ordered that the defendant be given reasonable notice and an opportunity to be heard within the time required by the laws of the State of Louisiana, and in any event, within a reasonable time after the order was issued, sufficient to protect the defendant's due process rights.

**THIS ORDER SHALL BE PRESUMED VALID AND ENFORCEABLE IN ALL 50 STATES, THE DISTRICT OF COLUMBIA, TRIBAL LANDS, U.S. TERRITORIES, AND COMMONWEALTHS.**

---

| Date of Order | Time of Order | Order effective through 11:59 PM on | JUDGE / HEARING OFFICER / COMMISSIONER: |
|---|---|---|---|
| | | | SIGNATURE<br>☐ Order issued *ex parte*<br>☐ Order issued after notice and opportunity for hearing given to defendant |
| *month/day/year* | ☐AM ☐PM | *month/day/year* | **PRINT OR STAMP NAME** |

NOTICE: C.C.P. Article 3603.1 – Any person against whom such an order is issued shall be entitled to a court-appointed attorney if the applicant has likewise been afforded a court-appointed attorney.

---

### NOTICE TO DEFENDANT - VIOLATION OF ORDER:

PURSUANT TO LA. R.S. 14:79, A PERSON WHO VIOLATES THIS ORDER MAY BE ARRESTED, JAILED, AND PROSECUTED.

PURSUANT TO LA. R.S. 13:4611 AND LA. CH. C. ARTICLE 1571, A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $1,000 OR BY CONFINEMENT IN JAIL FOR AS LONG AS 6 MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND COURTS OF THE STATE OF LOUISIANA.

LPOR 1
v.15.1

VERIFIED

Docket No. **25-11072**

2025 NOV 19  AM 10: 43

DISTRICT COURT

---

### NOTICE TO DEFENDANT – FIREARM <u>POSSESSION</u> (*Domestic abuse or dating violence ONLY*):

IF A PROTECTIVE ORDER IS ISSUED AGAINST YOU, IT MAY BE UNLAWFUL FOR YOU TO POSSESS, RECEIVE, SHIP, TRANSPORT OR PURCHASE A FIREARM, INCLUDING A RIFLE, PISTOL, OR REVOLVER, OR AMMUNITION, FOR THE DURATION OF THE PROTECTIVE ORDER PURSUANT TO STATE AND/OR FEDERAL LAWS. See below.

*If you have any questions whether these laws make it illegal for you to possess or purchase a firearm or ammunition, consult an attorney.*

<u>Federal law: 18 U.S.C. 922 (g)(8)</u> prohibits a defendant from purchasing, possessing, shipping, transporting, or receiving firearms or ammunition\* for the duration of a protective order if the following conditions apply:
- Protected person(s) relationship to defendant is checked in Box **A** on page 2 of this order
  **AND**
- Notice and opportunity for a hearing provided
  **AND**
- **EITHER** Judicial finding of credible threat, **OR**
  Certain behaviors are prohibited (item 1 on page 3 of this order is initialed)

*\*Under 18 U.S.C. 921 the term "firearm" means (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm. The term "ammunition" means ammunition or cartridge cases, primers, bullets, or propellant powder designed for use in any firearm.*

---

### NOTICE TO DEFENDANT – FIREARM <u>TRANSFER</u> AND <u>SUSPENSION OF CONCEALED HANDGUN PERMIT</u>
### (*Domestic abuse or dating violence ONLY*)

IF A <u>PROTECTIVE ORDER</u> IS ISSUED AGAINST YOU, YOU MAY BE REQUIRED TO TRANSFER ANY AND ALL FIREARMS OWNED OR POSSESSED BY YOU AND SURRENDER YOUR CONCEALED HANDGUN PERMIT. AS YOU MAY ALSO BE REQUIRED TO STATE UNDER OATH THE NUMBER OF FIREARMS YOU POSSESS, THE TYPE AND LOCATION OF EACH AND COMPLETE A FIREARMS INFORMATION FORM VERIFYING SUCH, BRING THIS INFORMATION TO THE HEARING. THE INFORMATION MAY BE REQUIRED EVEN IF YOU TRANSFERRED THE FIREARMS PRIOR TO THE TRANSFER ORDER.

<u>Louisiana law: C.Cr.P. Art. 1001 et seq.</u> requires the transfer of all firearms owned or possessed and the suspension of a concealed handgun permit:
- When a person is subject to a permanent injunction or a protective order pursuant to a court-approved consent agreement or pursuant to the provisions of R.S. 9:361 et seq., R.S. 9:372, R.S. 46:2136, 2151, or 2173, Children's Code Article 1570, Code of Civil Procedure Article 3607.1, or C.Cr.P. Articles 30, 320, or 871.1.
  **OR**
- When a person is subject to a Uniform Abuse Prevention Order that includes terms prohibiting possession of a firearm or carrying a concealed weapon.

---

### NOTICE TO LAW ENFORCEMENT

Pursuant to La. R.S. 14:79 - the crime of violation of protective orders – you shall use every reasonable means to enforce this order. La. Code of Criminal Procedure Article 211 provides that when you have reasonable grounds to believe a person committed the offense of domestic abuse battery, battery of a dating partner, <u>violation of protective orders</u>, stalking, or any other offense involving the use or threatened use of force or a deadly weapon upon the defendant's family member, household member, or dating partner, the officer <u>shall</u> make a CUSTODIAL arrest.

If the expiration date of this order falls on or within five (5) days of the conclusion of a declared state of emergency, this order/injunction shall be enforced throughout that time period.

---

DEFENDANT WAS SERVED AT CLOSE OF HEARING.
Date _____ Clerk _____

FAXED or ELECTRONICALLY TRANSMITTED TO LOUISIANA PROTECTIVE ORDER REGISTRY
Date _____ Clerk _____

### COMPLETED ORDERS FAXED to 888-568-4558 or EMAILED to lpororders@lasc.org

Copies to:  1) Court file  2) Petitioner/protected person(s)  3) Defendant  4) Chief Law Enforcement Official of the parish where the protected person(s) resides  5) Louisiana Protective Order Registry.

LPOR 1
v.15.1

(N.O.P.D. Form 26)

FILED

**NEW ORLEANS POLICE DEPARTMENT**

ITEM NO. K-16401-25 SIGNAL NO. 103        2025 NOV 19  AM 10:44

DATE OF OCCURRENCE 11/18/2025 CAR NO. 641 C    CIVIL
                                              DISTRICT COURT

LOCATION OF OCCURRENCE 3724 Laurel St.

TYPE & TIME OF REPORT Disturbance

OFFICER(S) G. Hayes                    DISTRICT 6th

REPORT MAY BE AVAILABLE IN 14 - 21 WORKING DAYS. A COPY MAY BE
OBTAINED FOR A FEE, VIA U.S. MAIL OR FROM POLICE HEADQUARTERS,
RECORDS AND IDENTIFICATION DIVISION, 1615 POYDRAS ST. 5TH FLOOR,
NEW ORLEANS, LA 70112. OPEN FOR PICKUP 8:30 AM TO 3:30 PM, M-W-F.
CLOSED ON TU-TH, HOLIDAYS AND WEEKENDS. OUR TELEPHONE # IS (504)
658-5455. FOR ADDITIONAL INFORMATION, PLEASE GO TO WEBSITE:
https://nola.nextrequest.com/

## PLEASE BRING THIS SLIP WITH YOU.

NOPD FORM # 26                            Revised 03/25

NAME
ADDRESS

NAME
ADDRESS

REMARKS:

AS A VICTIM/WITNESS, YOU MAY BE CONTACTED BY THE NOPD OR ORLEANS PARISH DISTRICT
ATTORNEY'S OFFICE REGARDING THIS MATTER.

IT IS YOUR LEGAL RIGHT TO REFUSE TO SPEAK TO ANYONE WHO IS NOT AN
NOPD INVESTIGATING OFFICER OR A MEMBER OF THE D.A.'S OFFICE.

IF ANYONE ATTEMPTS TO CONTACT YOU TO DISCUSS THIS MATTER, IT IS YOUR RIGHT TO
REQUEST AND TO OBTAIN THE FULL IDENTITY AND EMPLOYER OF SUCH PERSONS FOR YOUR
SAFETY.

ALL NEW ORLEANS POLICE AND D.A. STAFF WILL HAVE CLEARLY MARKED IDENTIFICATION AS
"NEW ORLEANS POLICE DEPARTMENT" OR "ORLEANS PARISH DISTRICT ATTORNEY'S OFFICE".

EXAMINE ANY ID'S, BADGES OR OTHER DOCUMENTS CAREFULLY.

VERIFIED

IF THERE IS ANY DOUBT, PLEASE CALL THE NOPD @ _____ OR THE D.A.'S OFFICE
@ _____ TO VERIFY ANYONE'S IDENTITY.

Ex 1.

When dualists say that any theory of consciousness must "account for" subjective experience, they're not talking about subjective experience as it occurs. They mean some sort of idealized fantasy version of experience that must be validated against even internal evidence.

## This Tweet Is Not Me, This Tweet Is Not Mine

There are so many illusions, thought experiments, meditation techniques, etc you can use to immediately destabilize your internal sense of conscious experience, but they don't care about that. Their theory just needs to say there's a little guy in your head who sees everything.

16

### Dan McClellan
Please take a moment learn about academic disciplines outside your own before you pretend to condescend to someone regarding their area of expertise (about which you know absolutely nothing)

#### This Tweet Is Not Me, This Tweet Is Not Mi...
This is a bizarre and unfounded thing to say, and a good example of how McClellan totally faceplants whenever he steps outside his area of expertise to make broad, Reddit-tier philosophical points.
x.com/maklelan/statu...

### This Tweet Is Not Me, This Tweet Is Not Mi...
What discipline exactly do you think statements like "The needs, interests & goals of the person or group are the final authority," would fall under? Certainly not the history of religion or theology - it's either sociology if you're making an empirical claim or else philosophy.

### This Tweet Is Not Me, This Tweet Is Not Mine

The claim that no one can or does have an epistemic authority beyond their own self-interested stances is "at best" controversial in philosophy - if you don't mean it in a philosophical sense, then what even do you mean?

60

The Bible is in NO way the final authority.

### This Tweet Is Not Me, This Tweet Is Not Mi...
Of course those concerns played a significant role in the process by which the Bible was compiled and how it's interpreted today, but anyone with a passing knowledge of the history could never deny that actual features of the text itself also play a major role!

### Moc Bezmocnych
What do you mean "actual features of the text itself"? What features aren't subject to any interpretation at all?

### This Tweet Is Not Me, This Tweet Is Not Mi...
Certainly all texts require some amount of interpretation, but that's not the same thing as saying that the possible biases that could influence interpretation are necessarily a higher authority than the text itself. Read as a straightforward claim, it's not even coherent.

### This Tweet Is Not Me, This Tweet Is Not Mi...
It's like saying that, because you can misread a text on a computer screen that's all smudged up, smudges must necessarily be the highest authority - it's a category error. Neither smudges nor biases are themselves authorities, only complicating factors.

Sad to realize how many people in online spaces devoted to jhana meditation today see it as basically nothing more than experience tourism. What they're doing isn't particularly evil or dangerous but it's also a tremendous waste of something they all really need.

### This Tweet Is Not Me, This Tweet Is Not Mine

You don't need to have a foundation in Buddhist philosophy to practice the jhanas but if they don't eventually lead you in that direction, you're doing something wrong. And all the joy in the world isn't worth it if it convinces you that some things are worth clinging to.

14

### Josh Watson
give us this day our daily pancakes

#### i like food
crazy thrift store find

### This Tweet Is Not Me, This Tweet Is Not Mine

This is for frying up communion wafers

69

### This Tweet Is Not Me, This Tweet Is Not M...
The best time in my life is probably right now but second place is definitely 2008-2010 when I dropped out of high school, got a cool bookstore job, and spent all my time reading and/or getting high and playing Call of Duty with stoners. Maybe the RETVRN guys have a point

### This Tweet Is Not Me, This Tweet Is Not Mine

Sensual pleasures are empty of form and not fit to be regarded as self but also a late-night 99¢ chalupa from Taco Bell after smoking weed out of a Mountain Dew can in an abandoned city park goes hard

**Matt Olma**

**This Tweet Is Not Me, This Tweet Is Not M...**

**This Tweet Is Not Me. This Tweet Is Not Mine**

I think a lot of people find illusionism bizarre because they don't realize just how strong traditional qualia frameworks are. In those, "experiencing redness" doesn't just mean something looks red. It means there is an actual, objective redness quale out there.

54

**Matt Olma**

**This Tweet Is Not Me. This Tweet Is Not M...**

**This Tweet Is Not Me. This Tweet Is Not M...**

**This Tweet Is Not Me. This Tweet Is Not Mi.**

**Hake**

**This Tweet Is Not Me. This Tweet Is Not Mi...**

**Hake**

**This Tweet Is Not Me. This Tweet Is Not Mi...**



**mechanism**

how is something non-x represented as x? whence x and are the representations brute? or what explains eg why x frequences are represented as red & not any other way.

**This Tweet Is Not Me. This Tweet Is Not M...**

That is a good question. I think different representationalists have different takes on it. But illusionists should at least be free to say there's like y a neurobiological explanation rather than any "psychophysical law"

**This Tweet Is Not Me. This Tweet Is Not Mine**

I think it depends on what you mean by "everything that goes on" - I do think qualia theories metaphysically commit us to qualia as actual entities, so illusionism really does disagree there. But I also agree on an experiential level there isn't disagreement.

25

**Sam Altman**



**This Tweet Is Not Me. This Tweet Is Not Mi...**

So cool that we've officially got this technology up to Better freshman philosophy student but maybe you guys should push the breaks until it's capable of actually engaging with the last eighty years of philosophy of mind.

**Hake**

Can you humor me for a second as someone who's more into another side than philosophical?

has anything in the last 80 years really completely challenged changed non-duality? It seems like Sam was asking the specifics of various frameworks. Just interested to know.

**Matt Olma**
Virtue ethics... but think... I prefer meaningful prescriptive normative theory is...

**Philippe-Antoine Hoyeck**
I honestly don't understand how virtue ethics is even supposed to be a normative ethical theory. I'm convinced that people who defend virtue ethics just like the virtues and don't realize they can be accommodated in both deontological and consequentialist frameworks.

This Tweet Is Not Me, This Tweet Is Not M...
But consequentialism and deontology can be accommodated in a virtue ethics framework too! It goes both ways. I don't see any obvious reason to think consequentialism would be primitive in a way beneficence-focused virtue ethics couldn't be.

**Philippe-Antoine Hoyeck**
Not sure what you mean here. As standardly understood, consequentialism and virtue ethics are incompatible. Could you elaborate on what you have in mind?

This Tweet Is Not Me, This Tweet Is Not M...
I just mean that it goes both ways - consequentialist theories can ground the importance of the virtues and virtue ethical theories can ground the importance of consequences. I don't think it's a one-way street where consequentialism can absorb the other but not vice versa.

**Philippe-Antoine Hoyeck**
Oh, yeah, sure. Consequences can have an importance. But the question is what makes the virtues good. It seems to me that the only plausible answers are consequentialist or deontological in nature.

This Tweet Is Not Me, This Tweet Is Not M...
Well, I don't think a virtue ethicist is committed to the idea that the moral centrality of the virtues is primitive apart from any possible consequences - part of what draws me to virtue ethics is the more holistic picture of value it offers.

**Philippe-Antoine Hoyeck**
Well, then, what distinguishes it from the other two theories in your view?

This Tweet Is Not Me, This Tweet Is Not M...
I mean I think it's just distinguished by the bare fact that it centers virtues over consequences, right? It's still a very different theory in terms of the priority it grants to virtues - but I'm saying that priority doesn't have to be primitive.

This Tweet Is Not Me, This Tweet Is Not Mine

Like, you can believe that the fundamental moral constraint on human beings relates to the virtues and also, separately, that part of what makes something a virtue is that it leads to flourishing under various human-fitting circumstances.

17

This Tweet Is Not Me, This Tweet Is Not ...
There is no good candidate for the "self" or "I" given physicalism. But that is actually one of the best reasons to accept physicalism, because it really is the case that no "self" or "I" exists.

**Dr. Scott M. Sullivan**
The best physical candidate for the "self" or "I" given physicalism is a cluster of brain cells.

This Tweet Is Not Me, This Tweet Is Not ...
I think there are sorta commonsense impressions of the self that are unproblematic, but the sort of "Capital S" Self that people really take seriously as the grounds of their identity, I would deny.

**Dahshan**
Moral realists on here sometimes astound us if they've never came across obvious anti-realist responses in their own lives. It's not like these anti-active moral anti-realists online argue Jane B. Lance Bush? It's even weirder coming from a philosophy professor.

This Tweet Is Not Me, This Tweet Is Not M.
But what is the anti-realist response here, actually? In the tweet, I mean, is the idea that normative language is metaphorical?

Pips
I'd say the way people use language doesn't commit them to any particular metaphysical view.

This Tweet Is Not Me, This Tweet Is Not M...
I just find that extremely implausible - obviously we shouldn't take every single statement anyone ever makes as ontologically committing, but there are at least some statements that are only just made in regards to some metaphysical framework, right?

Pips
For example:

This Tweet Is Not Me, This Tweet Is Not M...
I think normatively is the perfect example. I don't usually think that we use normative statements to tell us that if they don't actually believe in the normative features that would ground them, they effectively anti-realists,

This Tweet Is Not Me, This Tweet Is Not Mine

But also, no one really asserts otherwise when it comes to gumbo - if, for some bizarre reason, people did think there was something essential to every bowl of gumbo that marked it off as ontologically distinct, then I would say it was good to correct that nation.

27

This Tweet Is Not Me, This Tweet Is Not Mine

Complaining that functionalism can't explain the ineffable redness of a red visual experience is, to me, no more convincing than complaining that someone who doesn't believe in fairy tales can't explain the ineffable "goblin-ness" of a thought about goblins.

59

This Tweet Is Not Me, This Tweet Is Not Mine

And what really sucks is when consequentialists invent some post hoc explanation for why it's still bad based on contingent external features that obviously don't actually ground our intuition

91

This Tweet Is Not Me, This Tweet Is Not Mine

But importantly, "what it means for there to really be gumbo" is that there really are things in the world such that the application conditions of the term "gumbo" are satisfied by them. It doesn't mean there's something ontologically distinct above and beyond the ingredients.

39

This Tweet Is Not Me, This Tweet Is Not Mine

I would say the gumbo isn't identical to "or" distinct from its constituent parts, which I know is unsatisfying, haha. But certainly there's nothing to the gumbo quite like we naively assume there's something to a person, right?

This Tweet Is Not Me, This Tweet Is Not Mi...
Video: this gives in absolutely enrages me

Sabine Hossenfelder

LDSPhilosophy

This Tweet Is Not Me, This Tweet Is Not Mine

- Daniel Dennett, "Epiphenomenal Qualia?"

45

Baxter Williams

This Tweet Is Not Me, This Tweet Is Not Mi...

Baxter Williams

This Tweet Is Not Me, This Tweet Is Not Mi...

Baxter Williams

This Tweet Is Not Me, This Tweet Is Not Mine

The denial of the self is not a denial of consciousness!

---

John Buck

But if God was not absolutely simple, then there would be something he could not do solely by way of himself, rather by way of his properties. So God must be absolutely simple.

This Tweet Is Not Me, This Tweet Is Not Mi...

John Buck

To do something solely by way of yourself is to perform a basic action without the aid of anything that is not identical to the agent performing that action.

You rely on your properties to do things since you are not omnipotent. If God is omnipotent, he wouldn't need to do that.

This Tweet Is Not Me, This Tweet Is Not Mi...

John Buck

This Tweet Is Not Me, This Tweet Is Not Mi...

This Tweet Is Not Me, This Tweet Is Not Mi...

John Buck

This Tweet Is Not Me, This Tweet Is Not Mi...

John Buck

Relationships need not complexify the object, since relationships partially reside outside the object. Properties wholly reside within an object.

10

**Pavel Stankov**

This is my first assertion claim. My perception of the phone I'm looking at and the phone itself is an interface between this organism and physical reality. I don't know why the perceptive states should have an intrinsic nature, but if they do, that might just be the work of humans.

**Pavel Stankov**

Perhaps I don't understand this at my about these ontologies. I am really trying.

**This Tweet Is Not Me, This Tweet Is Not Mi…**

Well no, it is definitely a very subtle thing and the modes of perception don't raise the same issues to the same degree. But that here: When you look at your phone, it appears to have a certain size. But the phone itself doesn't actually have that intrinsically?

**This Tweet Is Not Me, This Tweet Is Not Mi…**

Your perceptive faculties represent the phone's surface as having a rich, robust phenomenal aspect - a particular black color or whatever. But that is just a systematic misrepresentation of the actual reflective qualities of the surface. Would you agree with me there?

**Pavel Stankov**

I don't think so.

Just why do you think that it's a "misrepresentation" as opposed to a correct representation which allows me to handle it successfully?

Misrepresentations usually aren't because they are mistakes made somewhere between the object and its final interpretation.

**This Tweet Is Not Me, This Tweet Is Not Mi…**

Oh yeah in that sense then, I wouldn't say it's an "unreal" misrepresentation - we've evolved to represent things that way precisely because it's more useful than the alternatives. But the representation is still inaccurate in terms of what it presents as real.

**This Tweet Is Not Me, This Tweet Is Not Mi…**

Compare it again with computers. It's not a "mistake" that our computers present it as to us, as discrete objects on a desktop, with folders, etc. That's the good part. But it isn't literally the way those things actually are, which is physical bits on a drive.

**Pavel Stankov**

Let's follow the analogy.

Is it as reasonable for me to find the view that files in computers are contained in literally folders counterintuitive as the view that they are physical bits on a drive intuitive?

**This Tweet Is Not Me, This Tweet Is Not Mi…**

But you doesn't naively have the intuition that the files are physical bits and not without some extra introspective knowledge, right? No one who didn't know about how computers work would assume that files were literally folders a million years.

**This Tweet Is Not Me, This Tweet Is Not Mi…**

Which is the why no one ever thought their perceptual experiences were illusory in earlier times until they started at modern ideas... there's nothing about the way they are represented as that indicates it and everything that continues to...

**Ibrahim Dagher**

Question for compatibilists (a position I find plausible): does it matter if determinism is false? If agents' choices aren't categorized as not taking, believe, do agents' actions have any morally relevant property that they wouldn't have if determinism were true?

**This Tweet Is Not Me, This Tweet Is Not Mi…**

It could matter, but it depends on "how" it's false. If it's false in ways that make our decisions entirely unrelated to prior mental states, then I would say that would undermine moral responsibility. But if it's false in a minor way that doesn't break the link, no difference.

**Ibrahim Dagher**

What I had in mind was that the libertarian's view of our will (that all my prior mental states do not strictly entail the action I ended up taking — that I could have done otherwise, in the exact same position) is true. If determinism is false to in "that" way, does it matter?

**This Tweet Is Not Me, This Tweet Is Not Mi…**

I'm with Chappell on this one - it's hard for me to even say because I honestly, truly struggle to understand what agent causation actually means or how it would work or anything like that. It's close to an empty concept to me.

**This Tweet Is Not Me, This Tweet Is Not Mine**

But to the degree that it does mean anything, I'm sure it would "matter" in the sense that we'd care about it - it would be a meaningful difference, I think - but it probably wouldn't impact anything major about the basic facts of moral responsibility and stuff.

19

**This Tweet Is Not Me, This Tweet Is Not Mi…**

I no, this is like a sanity... Well if the desktop of your computer doesn't accurately represent the nature of it as on a disk, how can it anyway trust it when you have ... Mac demonstrates on how computers work?

**This Tweet Is Not Me, This Tweet Is Not Mine**

In other words, we have good reason to believe consciousness is reliable "for what it's meant to do" - the reason we can come to suspect that some features of consciousness are illusory is precisely because the other features are so good at helping us understand the world.

13

**This Tweet Is Not Me, This Tweet Is Not Mine**

We're all born modal conceptualists... until somebody starts telling us lies

38

**This Tweet Is Not Me, This Tweet Is Not Mine**

I regret some of my posts about            last week. They didn't go far enough.

67

**This Tweet Is Not Me, This Tweet Is Not M...**

**Ibrahim Dagher**

**This Tweet Is Not Me, This Tweet Is Not M...**

But that is definitely a crazy theory, right? That rights objectively count but aren't relevant in any way for determining the rightness of an action? It might not be logically contradictory but it sure seems radically implausible.

**This Tweet Is Not Me, This Tweet Is Not M...**

Sure, Jesus was courageous. But he was also set on love, peacefulness and possessed a true heart of service and submission. Do you also celebrate those things? Or just the stuff that you think is excusable?

**Collin Madsen**

**Q.Bakels**
based?

**This Tweet Is Not Me, This Tweet Is Not Mine**

Dude you're literally just a Nazi loser, no church in its right mind should ever try to appeal to someone like you.

**This Tweet Is Not Me, This Tweet Is Not Mine**

Hard to describe how much contempt I have for these moronic Nazi freaks and their suicidal fantasies

**This Tweet Is Not Me, This Tweet Is Not Mine**

Unbelievable loser energy, holy shit

33

**This Tweet Is Not Me, This Tweet Is Not Mine**

I support literally any means necessary to rid society of people like this

---

**C   Counter Apologist**

New Video, and a Request for Response! Does it Matter if Moral Realism is False?

Here I ask moral realists if my day-to-day life would have any practical difference if moral realism were false...

**This Tweet Is Not Me, This Tweet Is Not M...**

But that fact, by itself, is not a good reason to believe 1) that the external world does not exist, or 2) that if it doesn't exist, it isn't meaningful. So the mere fact that life would "go on as usual" if a theory were false doesn't show much at all.

**Philippe-Antoine Hoyeck**

Dear philosophy of religion hive minds: I have to put together a syllabus proposal for a Philosophy of Religion course on (very, very short notice) this weekend! I'm looking for suggestions about what to teach. Could you send recommendations below?

**This Tweet Is Not Me, This Tweet Is Not Mine**

100% you should have "The Problem of Evil and Some Varieties of Atheism" by Rowe on there!

342

**Philippe-Antoine Hoyeck**
Thank you!

**This Tweet Is Not Me, This Tweet Is Not M...**

Another alternative is "Pain and Pleasure: An Evidential Problem for Theists" by Draper. Both are pretty accessible but Draper's has less probability stuff if you want to avoid that.

**Philippe-Antoine Hoyeck**

**This Tweet Is Not Me, This Tweet Is Not M...**

**This Tweet Is Not Me, This Tweet Is Not Mine**

There's basically no coherent theory of reference in philosophy that would make this true. You need to study the specific details of the dispute and stop just confidently saying things you don't understand.

55

**This Tweet Is Not Me, This Tweet Is Not Mine**

Do empiricists and rationalists worship the same Kant?

**This Tweet Is Not Me, This Tweet Is Not Mine**

**J. L. Jeffers**

**This Tweet Is Not Me, This Tweet Is Not Mine**

**J. L. Jeffers**

**This Tweet Is Not Me, This Tweet Is Not Mine**

**J. L. Jeffers**

**This Tweet Is Not Me, This Tweet Is Not Mine**

**This Tweet Is Not Me, This Tweet Is Not Mine**

**JD Vance**
Had a great time, thanks

**Governor Gavin Newsom**

**This Tweet Is Not Me, This Tweet Is Not Mine**

Man you're a psychopath

14

**OopsIAteTheCat**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Benjamin Blake Speed Watkins**

**Dolores G. Morris**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Dolores G. Morris**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**This Tweet Is Not Me, This Tweet Is Not Mine**

These people really are just evil.

This Tweet Is Not Me, This Tweet Is Not Mine

These guys are constantly comparing that we don't have a "theory of mind" for them, but we do! It is that they're evil and stupid. We just don't care about whatever internal justification mass murderers have, and for some reason that bothers them.

Jeremy Kauffman

[illegible] Americans to free Africans from [illegible]

Remi Speech & Debate Guy

Can anyone explain why they think moral anti-realism's objection is false?

[illegible] if you [illegible] anything you can't [illegible]

Miles Trivera

1. If some act is always wrong then some objective moral standard exists
2. Torturing babies for fun is always wrong
Then objective moral standard exists

Remi Speech & Debate Guy

[illegible]

This Tweet Is Not Me, This Tweet Is Not Mi...

[illegible]

This Tweet Is Not Me, This Tweet Is Not Mi...

[illegible]

Remi Speech & Debate Guy

[illegible]

This Tweet Is Not Me, This Tweet Is Not Mine

If you're interested, you should read Timothy Williamson's new book, Good as Usual. It has a lot to say on this. I think a lot of people assume believing in stance-independent moral facts requires spooky metaphysical commitments it doesn't really need.

39

This Tweet Is Not Me, This Tweet Is Not Mine

Apparently a lot of people don't know that, since he won the popular vote! You're absolutely in a bubble if you think "everyone already knows" Republicans are evil.

90

This Tweet Is Not Me, This Tweet Is Not Mi...

[illegible]

---

This Tweet Is Not Me, This Tweet Is Not Mine

100% not a lie at all - I was calling Israel genocidal before 10/7! I've opposed Israel since I first got into politics as a teenager. The fact that you can't imagine someone could disagree with you unless they're secretly a Zionist shows how immature you are.

84

This Tweet Is Not Me, This Tweet Is Not Mi...

[illegible]

Brunson Is Better    Say No to Cuomo #A...

Except that Democrats want to maintain this donor support that also back these evil people and routinely want to compromise with them by voting for their appointees and doing very little to stop their agenda from going through

This Tweet Is Not Me, This Tweet Is Not Mine

So Democrats aren't much, much better? Then why hold them to a higher standard?

18

This Tweet Is Not Me, This Tweet Is Not Mi...

[illegible]

Largo Lento

[illegible]

This Tweet Is Not Me, This Tweet Is Not Mi...

[illegible]

Ja Iram

[illegible]

This Tweet Is Not Me, This Tweet Is Not Mi...

[illegible]

This Tweet Is Not Me, This Tweet Is Not Mi...

[illegible]

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**
what?

**This Tweet Is Not Me, This Tweet Is Not Mi...**

View

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**
What was the counterexample?

**Alexander Yiannopoulos**

 Formalizing Buddhist Metaphysics as a section Q

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

This Tweet Is Not Me, This Tweet Is Not Mi...

This Tweet Is Not Me, This Tweet Is Not Mi...

This Tweet Is Not Me, This Tweet Is Not Mi...

This Tweet Is Not Me, This Tweet Is Not Mi...

This Tweet Is Not Me, This Tweet Is Not Mi...

This Tweet Is Not Me, This Tweet Is Not Mi...

This Tweet Is Not Me, This Tweet Is Not Mine

And to have the "this is too far" line be drawn at a particular ontological schema, when everyone involved in the discussion thinks it's all empty and without essential or intrinsic existence anyway, is just icing on the cake. Of all the things to cling to, it's "that?" Silly.

19

Mrlucid

This Tweet Is Not Me, This Tweet Is Not Mi...

Mrlucid

This Tweet Is Not Me, This Tweet Is Not Mi...

Ralph Stefan Weir

Emerson Green

Andy Masley

What's the best recent takedown of physicalism in your opinion? I'm not a physicalist but partly because it feels like no matter what we're taking, some truly insane but obviously true philosophy of mind

Stephen

This Tweet Is Not Me, This Tweet Is Not Mi...

Stephen

This Tweet Is Not Me, This Tweet Is Not Mi...

Mrlucid

This Tweet Is Not Me, This Tweet Is Not Mi...

Mrlucid

This Tweet Is Not Me, This Tweet Is Not Mi...

Mrlucid

This Tweet Is Not Me, This Tweet Is Not Mi...

Mrlucid

This Tweet Is Not Me, This Tweet Is Not Mi...

Dr Christopher Tomaszewski

Yes, this literally happens in science all the time.

You'd have a good point if the cases were alike in more than the mere positing of a non-physical entity, but that bare similarity gets you basically nowhere, evidentially.

Especially when the case I stand by isn't new!

32

This Tweet Is Not Me. This Tweet Is Not Mine

I like at some point, a defense of physicalism is just the claim that we shouldn't reduce our ontology beyond the most successful theory in human history without extremely good reason, and those reasons are for dualists to give

Stephen

Science is an empirical method that is metaphysically neutral and ontologically agnostic.

There is no science that is incompatible with the metaphysical view that there is nothing, entirely and only, physical.

eigenrobot

Dank Herbert (punished)

eigenrobot

This Tweet Is Not Me, This Tweet Is Not M...

This Tweet Is Not Me, This Tweet Is Not M...

Christopher F. Rufo

> **OPINION** The Rise of Right-Wing Nihilism
>
> Other people, of course, don't just cope; they rebel. That rebellion comes in two forms. The first is what I'll call Christopher Rufo-style dismantling. Rufo is the right-wing activist who seeks to dismantle D.E.I. and other culturally progressive programs. I'm 23 years older than Rufo. When I was emerging from college, we conservatives thought we were conserving something — a group of cultural, intellectual and political traditions — from the postmodern assault.
>
> But decades later, with the postmodern takeover fully institutionalized, people like Rufo don't seem to think there's anything to conserve. They are radical deconstructors. In a 2024 dialogue between Rufo and the polemicist Curtis Yarvin, published by the magazine IM-1776, Rufo acknowledged, "I am neither conservative by temperament nor by political ambition: I want to destroy the status quo rather than preserve it." This is a key difference between old-style conservatism and Trumpism.

This Tweet Is Not Me, This Tweet Is Not Mine

23

Gosh, the Mandela effect is crazy - did you know there are some people who remember Descartes putting good arguments into his Meditations on First Philosophy, instead of the arguments that are actually there?

61

This Tweet Is Not Me, This Tweet Is Not M...

kate

Ibrahim Dagher

This Tweet Is Not Me, This Tweet Is Not M...

Ibrahim Dagher

This Tweet Is Not Me, This Tweet Is Not M...

This Tweet Is Not Me, This Tweet Is Not M...

Prof Zenkus

This Tweet Is Not Me, This Tweet Is Not M...

Birrion

This Tweet Is Not Me, This Tweet Is Not M...

**Samuel Sey**

**Hitler Hated Christ**



1:03

**NJ1**

**This Tweet Is Not Me, This Tweet Is Not M...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not M...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not M...**

**This Tweet Is Not Me, This Tweet Is Not M...**

Alexander Yiannopoulos

This is such an odd non sequitur. "The existence of Theravāda necessitates that arbitrary doctrinal innovations must be accepted as legitimately Buddhist." What?

Also.

It is unclear what purpose the publication of *Buddhist Physicalism?* is intended to serve. On page 4 Siderits asks "whether Buddhist philosophy might be compatible with physicalism," before immediately answering his own question: "[although] the Buddhist tradition contains any number of distinct philosophical systems… we do find uniformity at least on the question of physicalism: all the schools reject it … So if the question is whether physicalism is consistent with any of the Buddhist philosophical systems developed in India, the answer is no." Nevertheless, Siderits proposes that "there may be room in the tradition for a newly developed Buddhist physicalism (a rūpamātravāda)."

Siderits' motivation for this proposal is equally unclear. On page 26 of the first chapter ("Metaphysics and the Buddhist Project") he admits: "The Buddha seems to have thought that there is more to us than just our bodies, that mental states are not reducible to material states." In the eighth and final chapter, "Assessing the Plausibility of a Buddhist Physicalism" (pp. 187–208), he writes: "As I said in the Introduction, though, my aim here is not to advocate that Buddhists adopt physicalism as their official metaphysics. (That will not happen in any event) … A Buddhist physicalism would have been considered heterodox by all the classical Indian Buddhist philosophical schools … Physicalism is obviously incompatible with Theravāda, Vaibhāṣika, Sautrāntika, and Yogācāra." He concludes: "My aim in this work has been to start a conversation concerning the possibility of a Buddhist physicalism… My reason for wanting to initiate such a dialog is not that I am a Buddhist who also happens to be a physicalist… The real obstacle to calling myself a Buddhist physicalist, though, lies in the fact that I am not a Buddhist. I do not consider myself a Buddhist because I do not engage in some of the key practices that make up the Buddhist path to cessation … because I am not a Buddhist (i.e., a Buddhist practitioner), it is not for me to say whether the position I have tried to develop here should be accepted as a legitimate Buddhist" perspective. Indeed.

93

**This Tweet Is Not Me, This Tweet Is Not M...**

**This Tweet Is Not Me, This Tweet Is Not M.**

**This Tweet Is Not Me, This Tweet Is Not Mine**

So yeah, if anyone wants to know why I'm constantly whining about the "post left" and all that shit, it's because I've seen firsthand how it's designed from the ground up to break people's brains and turn them into Nazi morons. Stay far away friends

143

**This Tweet Is Not Me, This Tweet Is Not Mine**

It's clear to me that you're very personally invested in this, otherwise you wouldn't be randomly bringing it up a month later out of nowhere, and I'm not really interested in feeding your ego. You aren't bringing any wisdom here, just a poised debate bro energy.

This Tweet Is Not Me. This Tweet Is Not...

Alexander Yiannopoulos

Alexander Yiannopoulos

This Tweet Is Not Me. This Tweet Is Not M...

This Tweet Is Not Me. This Tweet Is Not Mine

Truly, a level of wisdom and selfless restraint that even the Buddha could only dream of

35

This Tweet Is Not Me. This Tweet Is Not Mine

Dude I'm being serious right now. How are you not embarrassed by your behavior? Does your teacher know you're seeking out petty, ego-driven squabbles on Twitter like this? Your practice has gone wrong somewhere if you think this is appropriate.

51

Parfit fan account

That Buddhadhasa's perspective seems realizable under to this debate. I find your perspective very interesting, do you have any. Is this thread/substack anything that you would recommend?

This Tweet Is Not Me. This Tweet Is Not M...

This Tweet Is Not Me. This Tweet Is Not M...

Parfit fan account

What is your final take on Buddhist physicalism? Do you think other options as "Buddhist-inspired physicalism" are better? I find quite persuasive your arguments about the radical changes of the tradition and Sider to point about not-self being sufficient to claim.

This Tweet Is Not Me. This Tweet Is Not M...

JD Vance

Brian Krassenstein

This Tweet Is Not Me. This Tweet Is Not M...

Personally, in my experience with Thai forest monastics, while they did almost always believe in rebirth, it wasn't even an intention for them to say the practice would be justified without it. Buddhadasa, who taught my teacher, took that position all the time

JD Vance

Φιλοσοφία

How can that practice be Buddhist but without rebirth?

This Tweet Is Not Me. This Tweet Is Not Mi...

Trig

This Tweet Is Not Me. This Tweet Is Not M...

I definitely think it is a mistake to think rebirth is something you can easily 'skim off the top,' but at the same time, the suttas themselves never endorsed a. if rebirth isn't true, then you should just be evil' perspective. See the Kesamuttisutta:

This Tweet Is Not Me. This Tweet Is Not Mi.

> When that noble disciple has a mind that's free of enmity and ill will, uncorrupted and purified, they've won four consolations in this very life. 'If it turns out there is another world, and good and bad deeds have a result, then—when the body breaks up, after death—I'll be reborn in a good place, a heavenly realm.' This is the first consolation they've won.
>
> 'If it turns out there is no other world, and good and bad deeds don't have a result, then in this very life I'll keep myself free of enmity and ill will, untroubled and happy.' This is the second consolation they've won.
>
> 'If it turns out that bad things happen to people who do bad things, then since I have no bad intentions, and since I'm not doing anything bad, how can suffering touch me?' This is the third consolation they've won.
>
> 'If it turns out that bad things don't happen to people who do bad things, then I still see myself pure on both sides.' This is the fourth consolation they've won.
>
> When that noble disciple has a mind that's free of enmity and ill will, undefiled and purified, they've



This Tweet Is Not Me, This Tweet Is Not M...

Just read this great paper on knowledge-first decision theory and found it very persuasive.

AFTER OBJECTING TO TRANSGENDER INDOCTRINATION... and A&M President defends "LGBTQ Studies"

I'm referring     to the Trump Administration for investigation... and asking Gov     to fire the A&M officials

Frank Hong, Fanaticism and Knowledge - PhilPapers

This Tweet Is Not Me, This Tweet Is Not Mine

Thanks     for tipping me off to it by linking to it in his post

42

2:25

This Tweet Is Not Me, This Tweet Is Not Mine

Grow up, you little dork

10

This Tweet Is Not Me, This Tweet Is Not Mine

This girl sounds like a total idiot. what is she doing in college?

98

This Tweet Is Not Me, This Tweet Is Not Mine

What a gutless little coward you are man.

107

This Tweet Is Not Me, This Tweet Is Not Mine

The idea that leftists are uniquely violent is ridiculous, but they obviously do have a very specific brand of performative cruelty and ironic, self-satisfied sadism that's both deeply evil in its own right and also just viscerally repulsive to normal people. I hate it!

This Tweet Is Not Me, This Tweet Is Not Mine

These dorks always act like we call them racist as some sort of emotional manipulation tactic, when in reality it's just people correctly identifying the pathology that obviously drives them. Feels like they're uncomfortable with just how open their psychosexual inadequacy is.

This Tweet Is Not Me, This Tweet Is Not Mine

I guess I'm just tired of feeling like the only two options provided by the culture are either explicit violent white supremacy or a nihilistic libertarianism that identifies more with antisocial freaks than their victims. Why can't people just be normal?

64

Armand Domalewski

If, God forbid, my partner lost her mind and shot someone, I'm skeptical people would start going off about the epidemic of Polish-American violence.

This Tweet Is Not Me, This Tweet Is Not Mine

And that's because we all know who's really in control of the media

45

This Tweet Is Not Me, This Tweet Is Not Mine

One thing I notice about these internet fights is that, before you even get into the politics of it all, you can obviously just see that one side is made up of legitimately psychopathic antisocial freaks. I don't understand why that isn't the only thing that matters to people.

J. L. Jeffers

It's so absurd, I can't look away from it.

Rachel Cohen Booth

worth acknowledging how many people excused Joe Biden for doing "what any father would do" re: Hunter, when that's not true, parents can and do make choices

x.com/Hottest_brand/

This Tweet Is Not Me, This Tweet Is Not Mine

You are in a cult, get help.

47

This Tweet Is Not Me, This Tweet Is Not Mine

You do seem like a moron so that checks out

13

This Tweet Is Not Me, This Tweet Is Not Mine

Oh no Hunter Biden was the shooter??

121

This Tweet Is Not Me, This Tweet Is Not Mine

I support a 10,000 strikes law, but holding hate for your brother in your heart counts as a crime

This Tweet Is Not Me, This Tweet Is Not Mine

Should someone else kill everyone in your family to save one of their family members?

54

**Matt Olma**
"You have a reason to do x independent of any facts about your psychology."

| | |
|---|---|
| **Intelligible sentence** | **63.5%** |
| Unintelligible sentence | 25 |
| Wut | 11.5% |

This Tweet Is Not Me, This Tweet Is Not Mi...
Intelligible and also just obviously true

J. L. Jeffers
How is it obvious?

This Tweet Is Not Me, This Tweet Is Not Mi...
I just can't think of anything more obviously true than the claim that you have a reason to not, say, kill every human being on the planet, period. Maybe your psychology can give you a conflicting reason "to" do it, but the reason not to is still there.

J. L. Jeffers
The reason is there. Having it is another thing.

This Tweet Is Not Me, This Tweet Is Not Mi...
I guess I just don't accept that distinction. I think everyone has every reason that there is, some people just fail to recognize they have them.

This Tweet Is Not Me, This Tweet Is Not Mine

Wow man you suck, this is awful and will definitely not age well!

1,758

This Tweet Is Not Me, This Tweet Is Not Mine

Are you literally just a psychopath? How else could anyone explain blatant manipulative lying like this?

This Tweet Is Not Me, This Tweet Is Not Mine

Oh my god shut the fuck up with this noble savage nonsense, it isn't even true! Why are you so bad at just saying Republicans suck?

98

This Tweet Is Not Me, This Tweet Is Not Mi...
I would say yes, with the caveat that I probably dispute the existence of many of the reasons you're talking about. But I still do have "some" reasons to do bad things, for sure - they're just outweighed by my other reasons not to.

J. L. Jeffers
What provides that weight of not physiological states/characteristics of the person?

This Tweet Is Not Me, This Tweet Is Not Mi...
I think the relative strength of reasons is just a fact about those reasons sometimes those reasons are pegged to desires, but they don't have to be.

J. L. Jeffers
People frequently act on the worse reason, though. As opposed to say, not accepting the external world as real, which you can't really act against. Whatever the nature of an overriding reason that's so frequently not honored even in action, it's pretty strange.

This Tweet Is Not Me, This Tweet Is Not Mi...
That's an interesting way to frame it. I guess I would say, that I think the normativity is "honored" in the sense that its normative content successfully transfers to the consequences of the act, not that it necessarily imprints actual reasoning.

This Tweet Is Not Me, This Tweet Is Not Mi...
Like, to me your objection is a little like disputing mathematical realism because it's strange how often people add things wrongly in their heads - what makes the mathematical properties "succeed" is that they're true, not that people grasp them. Does that make sense?

J. L. Jeffers
Well the selfish hedonist isn't even trying to add things morally. Just doing his own thing, acting on reasons as coherently and intelligibly as the moral person. What's he wrong about? It doesn't seem to me anything analogous to any intellectual calculation or judgment

This Tweet Is Not Me, This Tweet Is Not Mi...
Isn't the easy answer just that he's wrong about the actual moral relevance of whatever it is he's dealing with? I think that might sound a little weird in the abstract, but if you place it in a specific normative context, there does seem to be a real failure involved.

J. L. Jeffers
But "wrong" here isn't just a word, it means he had a reason to do otherwise (to not act selfishly which is a kind of act we find intelligible) What was that reason? He's satisfied. Your view is that there's an obvious answer here, right?

This Tweet Is Not Me, This Tweet Is Not Mi...
But I don't think whether he's personally satisfied is the important question - that's also true of (say) MAGA voters who persist in delusions about politics. But we can still say they've made epistemic errors in how they weight evidence for belief, right?

These people are evil, stupid losers.

**This Tweet Is Not Me, This Tweet Is Not Mine**

This is literally just mental illness. These people are not well.

**This Tweet Is Not Me, This Tweet Is Not Mine**

He is risen!

**Pop Base**

Disney announces 'Jimmy Kimmel Live!' will return on Tuesday.

"Last Wednesday, we made the decision to suspend production on the show to avoid further inflaming a tense situation at an emotional moment for our country. It is a decision we made because we felt s in out the

**memepriest**

Temporarily not being sentient does not make you less human. Being in a coma does not mean you're less human.

Skin cells will never grow into a separate human. I can't believe I have to explain this, please stop embarrassing yourself.

A baby in the womb is a new human.

**This Tweet Is Not Me, This Tweet Is Not M...**

A fetus isn't just temporarily non-sentient. It has no any mind whatsoever, equivalent to a fern or a dust mite. You have to see the difference between that and someone sleeping in a coma right?

**memepriest**

A Developing baby is temporarily non-sentient. Babies have detectable brain waves at 6 weeks of development and can become fully sentient if not killed. Seems temporary.

A fern will never become sentient.

A comatose person might regain sentience, much like a baby given enough time.

**This Tweet Is Not Me, This Tweet Is Not M...**

A fetus doesn't ever "regain sentience." It never had it. It develops sentience for the first time, at a point after about 95% of all abortions are performed.

**This Tweet Is Not Me, This Tweet Is Not Mine**

Hard to overstate the degree to which 80% of conservative politics nowadays is literally just schizophrenia

**This Tweet Is Not Me, This Tweet Is Not Mine**

Do you realize that you are a delusional freak?

---

**Philip Goff**

For the entire Eastern church the atonement is all about Deification. Jesus became punishment but that's not what it means

**This Tweet Is Not Me, This Tweet Is Not M...**

That's a wild claim! You're actually saying the vast majority of biblical scholars deny "any" conception of the atonement involving Jesus bearing punishment before 1500?

**This Tweet Is Not Me, This Tweet Is Not M...**

This is a quote from Thomas Aquinas, in his commentary on Galatians. Are you actually disputing that this expresses the idea of Christ being punished for our sins?

Secondly, it is explained with respect to the evil of punishment. For Christ freed us from punishment by enduring our punishment and our death which came upon us from the very curse of sin. Therefore, inasmuch as He endured this curse of sin by dying for us, He is said to have been made a curse for us. This is similar to what is said in Romans (8:3): "God sent his own Son in the likeness of sinful flesh and of sin," i.e., of mortal sin; "Him who knew no sin," namely, Christ, Who committed no sin, God (namely, the Father) "had made sin for us," i.e., made Him suffer the punishment of sin, when, namely, He was offered for our sins (2 Cor 5:21).

**Philip Goff**

I'm usually playing the role of the naysayer, Ironic the one time I am reporting the majority vote of scholars is the most I've ever been eyed before.

**Caleb Dixon Smith**

More of an education in how little you know of church history

**This Tweet Is Not Me, This Tweet Is Not Mine**

The majority of scholars do *not* agree with you here. Why are you doubling down like this? Why can't you just own up to the fact that you made a reckless statement and then acted like a jerk to a bunch of people who tried to politely disagree?

44

**This Tweet Is Not Me, This Tweet Is Not Mine**

btw if you find the way Philip Goff talks about Christianity to be divorced from the actual data, clearly self-serving, and wildly over-confident, maybe you should go back to his work on panpsychism and realize all the same vices show up there too

**This Tweet Is Not Me, This Tweet Is Not Mine**

Seems tacky to even debate this right now but I will say I don't get this sort of table-thumping insistence that you can't table-thumpingly insist on who is and isn't Christian. As is often the case, it seems like there's a

23

**BC republican**

Perks of not giving a shit, cupcake, is you end up working for yourself. My clients couldn't give a shit what I post online because they've been productive members of society their whole lives and developed an immunity to the retarded small minded judgements of braindead cunts

**BC republican**

Aww, the shit eater is crashing out 😂😂😂😂

**This Tweet Is Not Me, This Tweet Is Not Mine**

How is this crashing out? I'm being totally serious. If I were a grown adult spending my time talking like this, I'd be horrified. It's sad that you can't even see how pathetic you are.

10

**This Tweet Is Not Me, This Tweet Is Not M...**
Do you think this guy has an image of the pilots he saved on his phone for a just in case or did he go get the Glide bike for just this occasion, and which one is the weirder

**Franklin Smith**

You dumb Moron ! You really think Trump could've posted this !?!? Just his team meeting down you, Moron ! It's and you all deserve it ! F you cunt that lying MF H im. is such ! You fuckin make me puke, wish happiness at you whine out little Bletches ! Here's your new bike !

**Franklin Smith**
This is just a toy I've been for years. I used for Penguins and Cocks like you !

**This Tweet Is Not Me, This Tweet Is Not M...**
I think you should some basics of your own to work on man

**Franklin Smith**

Yep, Kunts ! Here you out here talking Shit ! Commies that hate America ! Are you even from the USA ? I bet not ! While you Progressive L otard Democrats hate our country and want to destroy it. I'm enjoying every bit of this President Making America Respected and Great again !

**This Tweet Is Not Me, This Tweet Is Not M...**
Why do you write like this? Does it bother you that you're barely literate?

**Franklin Smith**

It bothers me that we cannot personally meet face to face and discuss your Fukd Up Opinions !

**This Tweet Is Not Me, This Tweet Is Not M...**
Do you think your wife and kids would be proud of you trying to fight strangers online all day because they don't like your favorite politician? Or do you not have a wife and kids? Divorced?

**Franklin Smith**

I've got a Wife and Four Kids dummy, and they Love our Country and our President just like me ! And, I'm not the punk out here hiding my identity and posting shit against our Country, while pretending to be a practicing Buddhist, you are ! It's pretty pathetic and my job is to

**This Tweet Is Not Me, This Tweet Is Not M...**
Wow man, that's even sadder. I hope your kids grow up to be less patriotic than you and your wife (assuming she isn't secretly relieved to have had you die). But I wouldn't hold my breath. But don't worry, Democrats private fund the upward treatment centers they'll need

**Franklin Smith**
Keep hiding punk M!, cause you couldn't hold your own out in the real world ! You a Poo Eater too, I'm betting yes !

**This Tweet Is Not Me, This Tweet Is Not Mine**

Calling me a "poo eater" won't make your kids' fucked up lives any less depressing. I'm right, aren't I?

5

**Drew Pavlou**
The basis of rightism is that our civilisation is good and should be conserved

The basis of leftism is that white people should all be raped and massacred like October 7 for the sins of colonialism

**Strewth!**
The basis of leftism is every human being deserves to have their basic needs met

The basis of rightism is the vindication of every human being, whoever that be, you

**This Tweet Is Not Me, This Tweet Is Not Mine**

You're crashing out man, this is embarrassing and ridiculous

**This Tweet Is Not Me, This Tweet Is Not M...**
Fits well with Mark Wahlberg as a science teacher who ends his lecture on bees by telling all the students that science can never actually figure anything out

**abcdentminded**
"You should be more interested in science, Jake. You know why? Because your face is perfect"

**This Tweet Is Not Me, This Tweet Is Not Mine**

And yet when I try the exact same routine with my students, I get called in by admin... not saying it's discrimination but it does make you wonder...

27

**This Tweet Is Not Me, This Tweet Is Not Mine**

I really preferred it when these guys at least pretended their politics were based in anything other than pure psychosexual rage towards women

**This Tweet Is Not Me, This Tweet Is Not Mine**

Do you realize that you are an antichrist?

119

**This Tweet Is Not Me, This Tweet Is Not Mine**

Gosh I wonder why women might find you repellant, real mystery here

346

**This Tweet Is Not Me, This Tweet Is Not Mine**

Sometimes I feel myself getting angry with these sorts of guys, despising them, etc but then I'm struck by just how unimaginably awful it must be to live their lives and I realize there's no punishment worse than just being them. I think I'd literally rather die.

**This Tweet Is Not Me, This Tweet Is Not Mine**

Do you think this response is challenging my image of you as a pathetic shut-in who lashes out online to avoid dealing with the gnawing pain inside?

13

**This Tweet Is Not Me, This Tweet Is Not Mine**

Do you think guys like this ever have even the briefest flashes of insight where they realize just how pathetic and embarrassing their wasted lives are? That everyone who has the misfortune of knowing them would be ashamed and disgusted by who they've chosen to be? Sad stuff.

**This Tweet Is Not Me, This Tweet Is Not Mine**

What's a concrete example of a situation where it would be good to start lynching judges?

---

He's a pathetic loser who does nothing but try to drag down other equally pathetic losers into a seething swamp of resentment and grievance. He's absolutely worthless, a net negative across the board. It's sad, really.

**This Tweet Is Not Me, This Tweet Is Not M...**
So which is it, did your parents sell out when you were young or are you mad your wife took the kids?

**This Tweet Is Not Me, This Tweet Is Not M...**
Gosh I really do hate Graham Platner in... such a perfect representation of every quality left its have that sucks all at once

**Krystal Ball**
Bunch of centrist types held Mikie Sherrill up as their ideal candidate. What's the cope from them on the race seemingly being so tight?

**This Tweet Is Not Me, This Tweet Is Not M...**
Maybe she should get a Nazi tattoo and start blaming women for rape to help reach more voters like you

**Yuri Tarded MD**
That's literally the ONLY definition. Something is worth buying only if someone thinks it's worth it. Maybe it's just you, maybe it's many people. The more people think it's worth buying the more worthwhile it is

**This Tweet Is Not Me, This Tweet Is Not M...**
So then you think child pornography is really worth something?

**This Tweet Is Not Me, This Tweet Is Not Mine**

Just got high and ate one of my daughter's toddler grain bars... it's called being a BAD DAD

**This Tweet Is Not Me, This Tweet Is Not M...**
How do these people sleep at night? Does it not weigh on their hearts that they spend their days lying about the most vulnerable people in their communities for no reason beyond cementing monsters stem abort and rage in morons? I can't even imagine it

**This Tweet Is Not Me, This Tweet Is Not M...**
I basically agree with this and also found the essay really frustrating... You can be wrong about what you experience but not that you experience... is one of those lines that sounds good on paper but falls apart when you really try to make it work rigorously.

**pete wolfendale**
So, I feel compelled to say something about this recent essay by China Miéville dipping his toe into the philosophy of consciousness in order to argue against what he calls 'folk Marxism', which conflates historical and metaphysical materialism.

**This Tweet Is Not Me, This Tweet Is Not M...**
As a virtuous Coombosexual, I recognize my Coombosexuality is likely innate yet I recognize that acting on it would be gravely immoral, and I work to help others struggling with Coombosexual urges to avoid acting behaviors that cause harm

**This Tweet Is Not Me, This Tweet Is Not M...**
Pronouns really needs... act, I think culture heads that humans tends to not to put people's lives forward eugen, and that dismiss... we that is 100 justified based on the very structures... certain emotions of... again in that demolishes the mom self

**This Tweet Is Not Me, This Tweet Is Not Mine**

Of course it's odious. The fact that a bunch of evangelicals believe it doesn't mean it can't be odious. In fact, that's usually a good sign it "is"

**Daisy Deadhead**
So you want a dictatorial God that just does everything for you & won't allow you to progress/learn anything yourself?
Sounds like you are looking for a Dad, not a deity.

Have you studied Buddhism at all? ✴
Buddha never said he was God, you may find him more to your liking.

**This Tweet Is Not Me, This Tweet Is Not M...**
Yes, I am a Buddhist. And yes, I would also pray under a God who keeps people from enduring extreme suffering forever over one who lets people choose it. I certainly wouldn't let my child choose to suffer forever!

**Daisy Deadhead**
Um, the whole truth of Buddhism is: Life is Suffering.

What do you mean, you would not let your child suffer forever?
You gave birth to a human, knowing full well they would SUFFER ALL OF THEIR DAYS.

We embrace extreme suffering just by being alive, according to YOUR faith.

**Alexander Yiannopoulos**
He's not a legit self. He is a tenured professor at the University of Chicago and he's a self-styled anti-Christian atheist.

**This Tweet Is Not Me, This Tweet Is Not Mi...**

Oh sorry did yes, I'm an atheist. I don't think universal human flourishing is going to take place, I'm just sad I would do both of those things better. And I also think that if God is omnipotent then he exists, then we'd have to be non-material souls, yeah

**Alexander Yiannopoulos**
See for example also

**This Tweet Is Not Me, This Tweet Is Not Mi...**

This is for trying up communion wafers

**Daisy Deadhead**
Univ of Chicago IS used to be a school for smart people & this is the best they have?
👏 A RICH TENURED PROFESSOR!
(explains his snobbery though)

He can't even argue decently, what kind of world is this? Dear God people THIS IS TRAGIC!

No wonder the kids are so terrible nowadays

**Alexander Yiannopoulos**

John Henry Barrows Professor of the Philosophy of Religions at the Divinity School. ✏✏✏

"The John Henry Barrows Professorship is made possible through the support of the Baptist Theological Union."

You'll never guess where the money for BTU comes from!

---

I blocked you a while ago but I'm going to unblock you, too quick to ask why you keep acting unhinged about a tendency you possess so I won't care I'm honestly confused as to why you think I am?

**Alexander Yiannopoulos**
> "I'm honestly confused"

no you're not

**This Tweet Is Not Me, This Tweet Is Not M...**

You do realize you could just stop tweeting at me at any time, right? Like, if you'd rather not engage with this "anonymous troll" then you'd have a practice one as advanced as yourself would have the restraint to just — not restart conflicts with me out of nowhere

**This Tweet Is Not Me, This Tweet Is Not M...**
No, I actually am. I really am not a professor of any kind and I don't understand where you got that idea. Why do you keep telling people I am?

**Alexander Yiannopoulos**
to establish on the record your identity as Daniel A. Arnold of the University of Chicago Divinity School

**This Tweet Is Not Me, This Tweet Is Not M...**
I promise you I am not Guy who that is. Honestly, this is someone that you honestly need to get some help. Is he another guy you just met to a weird internet fight with?

**Alexander Yiannopoulos**
and because clearly that's who you are and that's who I suppose you have already had an exchange with anxiety (Quantum Leap, Cartes)

**This Tweet Is Not Me, This Tweet Is Not M...**

like this anxiety, a Candrakirti, yes, that's what I am to inform you, there are bits and bits of this thing that is. That 1 is really going an out, the essential features apart from one way to the line that is to just enter another day, and yet a conversation.

> Candrakirti argues that we are not selves, but *persons* (the Sanskrit term is *pudgala*). And the person, he argues, is neither identical to nor different from the psychophysical processes; but unlike the self, which is supposed to be an independently existent entity, there is no reason to believe that a person needs to exist in one of these ways. It is instead a socially constructed designation, posited on the bases of those processes, but not reducible to them (in a sense to be worked out in chapter 3).[7]
>
> Consider, to take another analogy, a dollar. There are lots of ways to have a dollar. You might have a dollar bill, a dollar coin, ten dimes, or an electronic record. Your dollar, however, is neither identical to nor different from any of these ways that it might be instantiated. It isn't identical, because you could swap dimes for paper and still have the same dollar. It is not different, because whether you hand me the paper banknote or the stack of dimes, you have handed me your dollar. The dollar isn't something apart from these. If I lose the paper or the dimes, I have lost the dollar. Nor is the dollar some distinct entity that possesses the dimes or the piece of paper. No account that takes the dollar to exist either as identical to or as different from the medium in which it is instantiated makes any sense at all.

**This Tweet Is Not Me, This Tweet Is Not M...**
oh mi hou a which is say you met someone else a whole that I was actually of matter, a reply of way but has had such as every of dollar and bit my part which... as to agree to make, I know, you agree to make but I want as het

**Daisy Deadhead**
Ok I anything I can in a other dude, who posts I am a person of a free I am, Paul y



## Dem AG Nominee Jay Jones Fantasized About Shooting Former Virginia GOP Speaker: 'He Receives Both Bullets'

Screen grab of Virginia Attorney General candidate Jay Jones in a campaign ad published May 16, 2025. (Jay Jones/YouTube)

They say nice things about everyone lol

If those guys die before me

I will go to their funerals to piss on their graves

Send them out awash in something

Jay Jones

Three people, two bullets

Gilbert, hitler, and pol pot

Gilbert gets two bullets to the head

Spoiler: put Gilbert in the crew with the two worst people you know and he receives both bullets every time

Jay

Please stop

Lol

Ok, ok

It really bothers me when you talk about hurting people or wishing death on them

You weren't simply asking questions and you know it

I genuinely was

I wasn't attacking you, I was trying to understand your logic

You weren't trying to understand

You were talking about hopping jennifer Gilbert's children would die

Yes, I've told you this before. Only when people feel pain personally do they move on policy

There isn't

I point blank asked you more than three times

And you dug in that you meant it

I honestly am questioning a lot today

1 Reply

I mean do I think Todd and Jennifer are evil? And that they're breeding little fascists? Yes

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

(*cittacaitta*). Indeed, the juxtaposition between a **buddha as a lifeless, spinning potter's wheel**[24] and a buddha as loving mother is so striking as to seem contradictory. Candrakīrti attempts to avoid contradiction by placing before these last verses a comparison of the buddhas to wish-fulfilling trees and wish-granting gems. just as a wish-granting tree or gem simply grants wishes without any intentionality of its own, so too the buddhas appear to act, even though they are devoid of any intentions (MA 12:9, MAB 332a). Such metaphors, however, are already beyond our ordinary experience. It seems that, if we are to understand how buddhas can be such loving teachers, we must rely more on faith than on some systematic reasoning. In short, it ultimately makes no sense for Candrakīrti's buddhas to act, for they are **devoid of cognitive activity**; nevertheless, they act out of compassion. Perhaps, then, compassion is not something of which Candrakīrti can "make sense."

At what point in the logical chain here do the unacceptable consequences (*prasaṅga*) pile up too high for a Buddhist to accept? As Dunne (1996, 545n12) notes, Tsong kha pa got off the train long before it arrived at the Buddhas-Do-Not-Perceive station  Garfield (2015, 170, emphasis mine) rides at least as far as, "Not only is there **nothing that it is like to be me**, but even my judgments of what particular experiences are like are likely to be useless. If zombies are possible, **we may well be zombies**." Candrakīrti argues that *buddhas* themselves are zombies.

**Alexander Yiannopoulos**

**This Tweet Is Not Me, This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**Alexander Yiannopoulos**

**This Tweet Is Not Me. This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**Alexander Yiannopoulos**

**This Tweet Is Not Me. This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me. This Tweet Is Not Mi...**

**Alexander Yiannopoulos**

**This Tweet Is Not Me. This Tweet Is Not M...**

Sophia
https://doi.org/10.1007/s11841-024-01052-8

## Being Exalted: An A Priori Argument for the Trinity

Harry James Moore[1]

Accepted: 25 November 2024
© The Author(s), under exclusive licence to Springer Nature B.V. 2025

**Abstract**
This paper presents an original a priori argument for the existence of the Holy Trinity. The argument is based on the notion of exaltation. It will be argued that 'being exalted' is a great-making property, and that a divine individual, as possessing all such properties, must also possess the property of 'being exalted'. For a divine individual to possess this property, a second divine individual must exalt the first, since only in this way do we avoid both the hubris of mere self-exaltation, and avoid the danger of necessitating creation. It is finally argued that third-party recognition of this exaltation renders it a more perfect form of exaltation. The paper begins by con-







Ex. 2

contention that the pre-modern Indian Buddhist tradition is basically a chronological black hole. When we don't even know the century in which the Buddha allegedly lived, how can we be certain he was a "historical person," whatever that means? Enough. I'm going back to feebly projecting my historical consciousness upon the wisdom that has gone beyond, the gnosis that transcends time and space.

Liked  7  ·  Reply  8

道可道  **Gleb Sharygin**                                                            2d   •••
非常道  Ludwig-Maximilians-Universität München

Dear John,
with all due respect, you should know that the rejection of the historicity of the Buddha is the most innocent and harmless part of Drewes' thesis.
The essence of Drewes' thesis is that Buddhism is not a tradition of fundamental psychological and existential self-transformation through meditative and spiritual means, but simply a religion, like Ancient Egyptian religion, concerned with a Supernatural Being and associated religious rituals...

Liked  1  ·  Reply

  **John Newman**                                             1d   •••
New College of Florida

**Gleb Sharygin** Dear Gleb, Prof. Drewes can defend himself, of course, but I read that as a joke, a tongue-in-cheek invocation of Max Müller's 'Buddha as Solar Myth' theory, in an effort to provoke controversy. In American English we call that "pulling your leg," "rattling your cage," or "poking the bear." As this thread amply illustrates, it worked. That said, if one attempts to reduce primitive Buddhism (whatever it unknowably was) to _either_: 1) "simply a religion" (whatever that means) devoid of "psychological and existential self-transformation through meditative and spiritual means"; _or_ 2) _simply_ "a tradition of fundamental psychological and existential self-transformation through meditative and sprritual means," I would beg to differ with both positions. If we take "primitive Buddhism" to be the least common denominator of the traditions found in Greater Gandhara, the Pali Suttas, and the Chinese Āgamas, "primitive Buddhism" is a very Indic mixture of rationality and what we call "the supernatural." That Buddha is a brilliant (in my opinion) ascetic philosopher who _both_ 1) teaches the four ārya realities, and 2) who levitates, emits fire and water, and so forth. The artificial attempt to strip away "accretions" from that Buddha and make him into a perfectly rational Victorian gentleman (harumph!) has been tried multiple times, and it has failed every time. It always involves special pleading and philological legerdemain that "proves" the pre-existing belief of its advocate. Or rather such attempts to make the Buddha into "just a man" (to quote an eminent Sinhalese bhikkhu scholar whose name eludes me at the moment) tell us more about those performing this apologetic exercise than they do about early Indian Buddhism itself. I happen to like my Buddha as both the most brilliant philosopher/religious teacher I have encountered and as a supramundane person who appeared (and appears) to save miserable schmucks such as myself. Just one man's opinion, and I gladly defer to those with much more expertise in the early phases of the Indian Buddhist tradition. Best wishes, JN

Like  4  ·  Reply

10/25/25, 2:56 PM                                              Academia.edu

like karma and metempsychosis that are uncongenial for some moderns suffering from the mental affliction of physicalism.

I think it is impossible to separate rational philosophy and miracles in the earliest identifiable strata of Buddhist texts, no matter how one constructs those strata. A "primitive Buddhism" which is "merely a religion concerned with a Supernatural Being and associated religious rituals" without Buddhism's foundational "psychological and existential self-transformation through meditation and spiritual means" is as unlikely to me as its opposite. To invent it one would have to cherry-pick the texts that suit that theory in the same fashion as those who dismiss the texts describing miracles as "accretions."

As the Gandhara corpus becomes better known and hopefully the Tibet-preserved Sammatiya texts sequestered by the PRC become available for study I expect it will be worthwhile to revisit the idea of the commonalities found in all the extant corpora of the earliest identifiable textual strata of Buddhism. Even if and when that big job is "done," we should always be cognizant of the fact that the results will be an artificial construct conditioned by our presuppositions. It will not be a "discovery" of Original Buddhism. As Richard Salomon and others have pointed out, it is almost certain that large bodies of texts—probably entire early major traditions—are lost forever. Those seeking Original Buddhism will always be, I think, looking through a glass darkly. When I survey the previous attempts at this endeavor I think of Paṭhamanānātitthiyasuttaṁ 54 and its simile of the blind men and the elephant: "Some ascetics and brāhmaṇas, it seems, are attached to these views. Having grasped ahold of it, they dispute, like people who see only one side." Again, this is just one man's opinion, and no offense intended toward those who continue the Sacred Quest. Best wishes, JN

**Like** 3 · **Reply**

道可道 **Gleb Sharygin**                                                                    1d  •••
非常道 Ludwig-Maximilians-Universität München

**John Newman**
Dear John,

Thank you very much for another insightful post!

May I point out that nothing in my provisional definition speaks against miracles and non-physicalist beliefs? I also didn't say anything about the reconstruction of "Primitive Buddhism", etc. Just about what emerges as essential from the extant sources.

What I was trying to get across is that Drewes rejects the understanding of Buddhism as "a tradition of fundamental psychological and existential self-transformation through meditative and spiritual means".

And rejects vehemently, fiercely. This is the very essence and epitome of his thesis. This is what he told us in Leipzig roughly two months ago: Buddhism is merely an ancient religion, which is about the human relationship with a supernatural entity (or entities; unclear to me) and the religious rituals necessary for such a relationship. Buddhism is just like, say, an ancient Egyptian religion.

https://www.academia.edu/community/L2Bkrd?c=143195                                          4/27

 **Jayarava Attwood**                                                      1d   •••

All Drewes is saying, in the end, is "We don't know anything for sure about the Buddha" because there is no contemporary historical evidence in the form of primary sources and the later sources are *religious tracts*. Under these circumstances, *as historians*, we are bound to refrain from pretending that we *do* know. Full stop.

As I have tried to show, this argument is (tacitly) based on very basic principles and criteria applied by all modern historians. There is nothing controversial about a historian insisting that other historians follow broadly accepted best practices.

Obviously, religieux and philologists can and do say anything they like about history. They are not historians and not bound by the conventions and best practices of the field of history.  As historians communicating with other historians in *academic journals*, on the other hand, we *are* so bound.

It's quite weird to see so many *non-historians* insisting that their homespun, often dogmatically religious, opinions are more to the point than Drewes' expert-level knowledge and experience in the field of history. Like writing history is something that any idiot could do and expertise is worthless. And this is going about as well as could be expected.

Like  2  ·  Reply  8

 **Rodger R Ricketts, Psy.D.**                                            1d   •••
The Chicago School of Professional Psychology

My oh my,  really putting oneself into a god like position are you. Well, that's the way some historians position themselves out of insecurity. Waste of time...

Liked  3  ·  Reply

 **Alexander Yiannopoulos**                                              1d   •••

**Rodger R Ricketts, Psy.D.** I'm not normally one to pay much (or any) attention to formal credentials, but in this case I'm going to make an exception. According to his own website (https://jayarava.blogspot.com/p/about-jayaravas-raves.html), Mr. Atwood has a "B. Sc in chemistry and a Post Graduate Diploma in Librarianship." So, on top of his ignorant arrgoance, **Jayarava Attwood** is literally unqualified to be making these pronouncements.

Like  3  ·  Reply

 **Rodger R Ricketts, Psy.D.**                                            1d   •••
The Chicago School of Professional Psychology

**Alexander Yiannopoulos** Those two characteristics together usually lead to unqualified pronouncements.

Liked  2  ·  Reply

 **Joseph Walser**                                                       1d   •••
Tufts University

10/25/25, 2:56 PM                                         Academia.edu

at JRPC InfoSec, a small cybersecurity outfit... What's wrong? Couldn't find an academic job among the "rank intellectually dishonest and corrupt academia?" Could you have perhaps sabotaged any chances at teaching with that glowing personality of yours?

You are adorable. But nobody could ever take you seriously with this grandstanding.

Like 2 · Reply

 **Alexander Yiannopoulos**                                    2h •••

**Mihail Shevchenko** Your brand new pseudonymous troll account has 4 total public views, 0 followers, and only follows one account on academia.edu: that of Prof. David Drewes. Your brand new pseudonymous troll account has literally no other activity other than this one comment. Yet you speak as a professor of religion who has "undergraduate students." So I must ask: why does a professor of religion feel the need to make personal attacks against someone who is, by all accounts, not even in the field any longer—from behind a sock puppet pseudonym?

The fact that you cannot understand my physics work does not entail that it is merely "play." If you need tutoring in physics, there are many notable physicists at the University of Chicago. I'm sure Prof. Robert Wald would be more than happy to help you understand my work.

Like · Reply

**Mihail Shevchenko**                                                 1h •••

**Alexander Yiannopoulos** "Your brand new pseudonymous troll... Your brand new pseudonymous troll account ..."
I'm a man so good that you had to say it twice! The difference between your troll account and mine is that mine is pseudonymous (with four views! That was fast!), and yours is gloriously in full profile for everyone to see and recoil from...

"Yet you speak as a professor of religion who has "undergraduate students."
I nowhere said I was a professor of "religion." I did reference undergraduates, most of whom have better social skills and are more nuanced at "adulting" than you.

"...why does a professor of religion feel the need to make personal attacks against someone who is, by all accounts, not even in the field any longer..."
Can you hear yourself? Yes, why does a self-proclaimed scholar and expert in religion make personal attacks against multiple people on full display for everyone to see? Why do you? What aching void of regret and misery fuels these attacks?

"The fact that you cannot understand my physics ..."
I never referenced your understanding of physics, and (and this is actually a fact) you do not have or possess any "physics." You do not have a single peer-reviewed publication in physics. You do not work in any faculty of physics or in any institution that employs physicists. You work in cybersecurity, the last refuge of the antisocial and unemployable.

10/25/25, 2:56 PM                                                Academia.edu

acceptance of Śākyamuni being "a historical person" argue from effects (Asokan epigraphs, Buddhist literature, hagiographic accounts of Śākyamuni's life, etc.) to a cause, the existence of a 'Great Man' by the name of Śākyamuni who "had a significant impact on history or the lives of others." For my part I am agnostic; I waffle back and forth, leaning --at the moment-- toward Prof. Drewes' position. The more I work on Tibetan hagiographic accounts of events in India, the more I discover that it is demonstably the case that some Tibetans "just made stuff up." Of course the question of the historical existence of Śākyamuni is rather different, and the stakes are certainly higher, but I praise Prof. Drewes for kicking a hornets' nest. Doing this in a rigorous, respectful fashion is the only way to stir us from our complacent acceptance of the ideas we have inherited, and make progress.

**Like**  2  ·  **Reply**



**Michael Pye**                                                                          4d   •••
Philipps University Marburg

**Michael Pye**  A theorem: Any religious pioneer worth his or her salt have had their existence doubted.

**Like**  2  ·  **Reply**



**John Newman**                                                                          3d   •••
New College of Florida

**Michael Pye** I agree. And I would augment your theorem: "Every mythical/legendary being worshipped/revered by a sufficient number of people has had his or her historicity posited." Cf., e.g., people lynching other people who question the absolute historicity of a certain king of Ayodhya, an issue that never seems to have occurred people in that part of the world until they became infected with "historical consciousness."

**Like**  3  ·  **Reply**



**Alexander Yiannopoulos**                                                               3d   •••

**John Newman** I appreciate your perspective, as always, and I certainly agree that "kicking a hornets' nest" is often necessary to make progress. However, I must disagree that this particular argument is in any way "rigorous."  True intellectual rigor involves acknowledging the limits of one's methodology, not using those limits to make grand, unsubstantiated claims. To dismiss the mountain of corroborating evidence from archaeology, oral traditions, and institutional history isn't rigorous; it's a form of dogmatism. The argument here isn't respectful of the evidence; it's a dismissal of it.

**Like**  6  ·  **Reply**



**darren vasaturo**                                                                      2d   •••

**David Drewes** It's certain that the Buddha was a pre-blockchain era human (I suppose). Since I haven't read your paper and will have to excuse myself for not presently having the time to do so, I was wondering if you could provide a synopsis of the importance of not treating the Buddha as a historical figure?
My personal take is that a central theme of Buddhist teachings is to withdraw from an understanding of being based on the supernatural and myths.

https://www.academia.edu/community/L2Bkrd?c=143195

In intellectual history or the history of religions, this is an important fact. I would like to opine that Buddhism incorporates a lot of myths--many drawn from Hinduism--for their pedagogic value while 'demystifying' them. This gives rise to new myths, in a different context once removed from theocracy. As a result, there are some schools of Buddhism that are more dependent on transcendental figures than others, sometimes giving rise to apparent contradiction, but this is part of accommodation.

Whether this is a story about the historicity of Buddhism or the Buddha (or both) might be a question, but the attempt to deny the existence of the historical Buddha seems to me a piece of semantic sophistry.

Like  1  ·  Reply

**peter robinson**                                                9h  •••

**darren vasaturo** yes, but there seems a certain circularity... the Vedas promote a concept of essence versus appearance - by contrast, I consider Buddhism to posit no such concept of essence - "neither one nor many" - so the path and the result are aligned whichever path we take here - tending towards either Realism or Idealism.

Like  1  ·  Reply

 **John Newman**                              6d  •••
New College of Florida

I've seen the light! (I think -- I'm interested in the new archeological evidence of pre-Asokan something or other under the Asokan 'shrine' at Lumbini; but maybe its just a "tree shrine" that has nothing in particular to do with the Buddha having been born there...) Fortunately I deal with the other end of Indian Buddhism, where everything is crystal clear. But any way one looks at it I think "The Quest for the Historical Buddha" (and -- by extension -- "Original Buddhism") is simply an exercise in futility, and if I had to put money down on you versus your critics, I'd back you, for what it is worth. In answer to your question, I think the concepts groupthink & inertia are relevant here. I've largely given up struggling against long-obsolete misconceptions about the Kālacakra in particular and Vajrayāna in general, misconceptions that were conclusively refuted decades ago. Or rather, I now pick my battles. Anyway, keep up the good work; even if I don't agree with absolutely everything you say, you've got a fan.

Like  1  ·  Reply  2

 **Jayarava Attwood**                        6d  •••

Hi John,

Re Conningham's paper on Lumbini: There is no evidence that the 6 or 7 post holes in a 50x50cm test pit were "a shrine" or even Buddhist. They contained some datable fragments of charcoal *and nothing else*. Conningham is all fur coat and no knickers. See my 2013 analysis of that paper: https://jayarava.blogspot.com/2013/11/the-earliest-buddhist-shrine.html.

David is simply correct. And the argument can be summed up in less than 100 words:

Since Leopold von Ranke (1795–1886), academic historians have insisted that history has to be based on carefully selected and evaluated primary sources, i.e. *written*

Case 2:25-cv-02556-ASJ-KWR    Document 1-2    Filed 12/26/25    Page 46 of 58

from repeating a few sceptical ideas of Hans Penner, Faure does not make a case against the historical Buddha. In a few places in his book he treats the Buddha as historical.

Like  3  ·  Reply

 **Alexander Yiannopoulos**    1d   •••

**David Drewes** Mr. Atwood is not a "scholar."

Like  ·  Reply

**Mihail Shevchenko**    3h   •••

**Alexander Yiannopoulos** You're not a physicist, either, and yet...

Like  1  ·  Reply

 **Alexander Yiannopoulos**    2h   •••

**Mihail Shevchenko** *Where did I describe myself as "a physicist"? Be specific.*

Like  ·  Reply

 **Efraín Villamor Herrero**    6d   •••
Teikyo University

Dear professor Drewes,
I have never had the pleasure of talking to you in person. I have read your papers, as well as Professor López's monograph. With all due respect. Specifically, regarding Professor López's arguments, his most important premises contradict the latest findings of leading scholars in the field: Japanese scholars. Furthermore, it is not easy to claim that the Buddha did not exist, without explaining who created him, and why. Not to say that, if it was just the product of the imagination of many at 'his' time, all of his direct disciples must be so, at least. I will review your arguments and those provided by Professor López soon. Thank you very much, best regards from Japan.

Liked  5  ·  Reply  3

 **Alexander Yiannopoulos**    6d   •••

The idea that "the Buddha did not exist" is nothing more than a prejudice of sloppy, lazy, arrogant materialism. There is no reason to treat it so deferentially.

Like  3  ·  Reply

 **Dhammanando Bhikkhu**    3d   •••

**Alexander Yiannopoulos** But "not an historical figure" doesn't mean "didn't exist". Rather, it means "wasn't written about by any of his contemporaries in texts that are still extant".

Like  8  ·  Reply

to serve different pedagogical purposes. They are in no sufficient for casting doubt on the actual existence of the person who first promulgated them.

It doesn't take an extravagant leap of faith—a gesture of dogmatic belief—to affirm that all these teachings spring from the mind of a single individual, who not only left behind an immense body of extraordinarily clear and consistent teachings, but also established a monastic order governed by a comprehensive set of rules. Though different Vinaya traditions display minor variations in the rules, we can see at their heart a common core and understand that they must all stem from a single "lawgiver" who prescribed these training rules to guide the community he established. Or are you instead asking us to believe that this mysterious group of ascetics, secretly convening in their cave--the same ones who formulated the teachings of the four truths, the eightfold path, etc.--then decided to consolidate themselves into a monastic order and create a body of training rules and communal regulations to govern their community? Of course, there are monastic orders (in Christianity) that formulate their own rules, but in this case we have texts that show the community leader (known as the Buddha) confronted with cases of misconduct by his disciples and laying down rules to proscribe such transgressions in the future.

Taking up Occam's famous razor, isn't it far simpler to postulate that the teachings of the four truths, the eightfold path, etc., and the creation of the monastic order with its elaborate body of training rules, were the work of a single man? And since his followers called this man "Bhagava" and "the Buddha," doesn't all this constitute the most solid evidence we need that the Buddha existed as a real person?

Not to mention the places that are commemorated as the sites of the key events in that person's life (Bodhgaya, Sarnath, Jetavana in Shravasti, the Bamboo Grove in Rajagaha, the site of the parinirvana in Kusinara, etc.), and the stupas that are said to hold his relics (discounting the miraculous buddha relics spread out over the Buddhist world)? And what about the boxes found at Sanchi, marked with the names Sariputta and Moggallana, indicating that those boxes contained the relics of the chief disciples? Could it be that a legendary religious leader—a mythological figure—had chief disciples? Or could it be that those mischievous ascetics (or perhaps their descendants of a later generation) planted bones of a couple of their deceased fellows in the boxes, and then marked them "Sariputta" and "Moggallāna" in order to sustain the hoax they were perpetrating on the public? Doesn't this strain credibility far, far more than the hypothesis that a spiritual teacher known as the Buddha had two disciples named Sariputta and Moggallana, whose bodily remains were enclosed in boxes and enshrined in a stupa?

Do we need photographs and tape recorders, or a personal biographer, to establish that the Buddha (minus all the myths and legendary accretions) was a historical figure?

Liked  20  ·  Reply  21

 **Alexander Yiannopoulos**                                                                                        3d  •••

"Do we need photographs and tape recorders, or a personal biographer, to establish that the Buddha (minus all the myths and legendary accretions) was a historical figure?"

Yes, according to at least a subset of so-called "Buddhist Studies scholars."

**Like  ·  Reply**

linguistic past and no future as a parent of a widely-spoken vernacular but only survives in their canonical texts as fossils of history. Which language did Canonical Pali evolve from, and which language did it evolve into? What is the history of the Śākyas before Buddhism, and what was their history after the Buddha's demise? These are questions that occam's razor

In the prose suttas, the Buddha of the Pali canon is already a mythic person, and it is the mythic person who visits Devas in Tāvatiṃsa at faster than the speed of light, in just as much time as a strong man takes to flex his arm, it is that mythical Buddha who teaches Early-Buddhism to Devas and Brahmas, and Brahmins and Bhikkhus.

It is that Buddha who is referred to by all 4 main Nikaya commentaries in their opening ganthārambhakathā verses as sanarāmaralokagaru - the commentator failed to examine the ramifications of describing the Buddha as a guru of amaras (immortals) i.e. devas. If Devas are described as immortals (as they are in Hindu mythology) then Buddhism is pointless as the Buddha himself is dead (and perhaps born again in another birth as a puthujjana as all things are impermanent in his doctrine, that must invariably include his very short Nibbāṇa) but the Devas remain immortal. Obviously from a Brahmanical Vedic standpoint, Buddhism therefore made little objective sense to them so they were not going to claim to be the originators of what to them seemed obvious nonsense.

What the historical real Śākyamuni taught may not be what the mythical "Mythical Buddha, teacher of gods and humans, māras and brahmas" is depicted in the EBTs (Early Buddhist Texts) as having taught, so what as a historical person he taught must have been way more mundane, a set of teachings of continuously guarding oneself against material accumulations, politics and giving up all that was conventionally near and dear until the end of life - and nothing beyond it - no nibbāṇa, no perfected beyond comparison "buddha" choosing to take his last birth once in many aeons, chiding Ananda on his deathbed for not requesting to live for many more aeons, etc.

There had to be one perfect founder who nobody has seen, who couldnt be questioned for he left behind his texts which have no origin, they appear as suddenly out of the blue presenting a superman no one has seen before or will see in future. It only remains how his supermanness can be embellished more and more using templated ways of making the canon bigger and bigger until after a few hundred years it gets into garangutan proportions where everyone in India the Buddha meets apparently speaks using the same vocabulary and style, they are in intimate and perfect understanding and agreement with the Mythical Buddha in all his redefined words and phrases in their full glory - and they become arahants just hearing one discourse without studying all the suttas or even understanding everything the Mythical Buddha taught as Early Buddhism - and without even knowing Pali which one professor says was The Buddha's personally invented preferred language.

Like · Reply

**Ram Sury**                                                                 2d   •••

From the very earliest times, if Early Buddhists of the first few generations until Buddhists today, were and are untroubled by the myth and the legend, or to be blunt, untroubled by

documents such as the Brahmanas or Upanishads preceding the stipulated time for the emergence of the Buddha Dhamma?]]

It isn't so much "out of the blue", as we have a period of at least 200-300 years of darkness, in which these ideas might've progressively crystallized. That's plenty of time for people to develop a strong sense of doctrine and identity.

I actually think a certain rhetorical methodology employed by the founder Buddha was adopted by his disciples, but just as we refer to our own exegesis as "The teaching of the Buddha", the same could've applied to the early Nikaya, where we confuse mnemonic devices, socio-political elaborations, institutionalizing certain doctrinal points all for ease of propaganda, so on an so forth.

I do find it unlikely that there was no Shakyamuni Gotama or someone like him who was the inspiration, but I also have a big dose of suspicion of Nikaya material belonging to him verbatim. I think the ugly, messy spot is somewhere in the middle, with no great tools to get out of the mess. We can't deny that the very same Sangha much obviously made up doctrine and material and put them in their Nikayas and Commentaries, but we suddenly draw the line at the 4-5 main Nikayas? Now THAT seems unlikely to me.

With much love and respect.

Like  1  ·  Reply

 **Bhikkhu Bodhi**                                    2d   •••

Doğukan Sakar

Like  ·  Reply

 **Bhikkhu Bodhi**                                    2d   •••

Doğukan Sakar I wouldn't deny

Like  ·  Reply

 **Bhikkhu Bodhi**                                    2d   •••

Doğukan Sakar I wouldn't deny that the Nikayas/Agamas have gone through an evolutionary development, or that at points a kind of apotheosis of the Buddha has taken place in the suttas (culminating in the Shakyamuni figure of near-eternal life that we find in the Saddharma Pundarika Sutra). Several suttas in the Digha Nikaya are, for me, suspect; they seem to show the signs of later developments. But then, again, perhaps not. We can't completely discount the possibility that the most extravagant and effusive passages in the Digha Nikaya and other suttas (for instance, in the Sudassana Sutta, DN 17) or the stories of past Buddhas in the Mahapadana Sutta (DN 14) were spoken by the Buddha.

If we don't confine ourselves to a narrow materialist point of view, but can admit the reality of beings invisible to us, dwelling in other realms of existence (such as devas and brahmas), then we can accept as fact the passages that show the Buddha teaching the



**Jayarava Attwood**                                                                    1d  •••

**Alexander Yiannopoulos** According to *modern historians* (at least since Ranke) history begins with the appearance of *primary sources*: mainly this means written accounts by eyewitnesses (although yes, photographs also work as primary sources). This is absolutely fundamental to the discipline of history and has been for more than a century. It is taught in every introductory history class.

That the vast majority of Buddhists and Buddhist Studies scholars do not understand this elementary fact is frankly an embarrassment.

As historians define a "historical figure": they are those people who are attested in primary sources or who left identifiable artefacts. It's not exactly rocket science. And this statement will be very easy for you to factcheck. There are some very good basic resources on historiography just for people like you in my bibliography. 📄 **On Historical M ethods in Buddhist Studies and the Disputed Historicity of the Buddha**.

Look at any modern book on historiography. Look up what a "primary source" is to a historian. David is not saying anything controversial. He's just using standards definitions used by historians everywhere.

Like  2  •  Reply



**Jayarava Attwood**                                                                    1d  •••

Hi Bodhi. I don't think we've ever corresponded before. I'm a long time fan of your Pāli translation work.

Sadly, here, you've simply missing the point... at great length. We can simply skip all the pious special pleading and cut to your final facetious question.

"Do we need photographs and tape recorders, or a personal biographer, to establish that the Buddha (minus all the myths and legendary accretions) was a historical figure?"

Ask *any historian* and and they will tell you what we do need to establish historicity: *primary sources*, preferably many of them from independent witnesses.

A primary source is generally a written source, composed by a person who lived through the events in question. Photographs and recordings would also do, but we don't expect them from Iron Age India. So the key fact is that writing in India begins ca. mid-third century BCE. Our best guess, based purely on mythological texts, is that Buddha died ca 400 BCE. There simply are no primary sources for the 5th century BCE in India. Which means there are no historical figures. Full stop.

It's not like David simply *made up* these criteria as a way of undermining your faith. David is not some rogue scholar as some of dissenters have (bizarrely) said. No, these are simply the criteria that historians have applied for well over a century. And this

do you feel best support your contentions in this post, and why? Be specific.

Like · **Reply**



**Jayarava Attwood**    1d  •••

**Alexander Yiannopoulos** "The argument becomes intellectually dishonest, however, when this methodological limitation is used to imply an ontological claim—that the Buddha 'may or may not have lived.' "

Drewes never makes any such argument. Nor do I. Nor does Faure. That view is attributed to Drewes as a straw man argument by you and several other scholars. Drewes' whole point is epistemic: *we don't know*. And, therefore, claiming "I know" is disingenuous at best. Why you would insist on prosecuting a strawman argument is a mystery only you can solve. But that's what you are doing.

Like  2 · **Reply**



**Alexander Yiannopoulos**    1d  •••

**Jayarava Attwood** re-read what you just wrote, and then explain the difference between the "claim" that someone "may or may not have lived," and the claim that "we don't know" whether they lived or not.

This is yet another prime example of the intellectual dishonesty at the core of your perspective.

Like · **Reply**



**Bhikkhu Akiñcano**    19h  •••

According to the principles of modern, scientific historiography, there is no evidence to affirm (or refute) the existence of a historical Buddha. I thank David Drewes for making this clear.

But of course this isn't the only way to skin the cat. The primary meaning that runs through the early Buddhist texts is the distiction between different kinds of individuals. There are ordinary folk—puthujjanas—who are immersed in suffering, unable to see any escape from suffering. Then there are noble disciples of the Buddha—ariyasāvakas—who have found an opening amidst the confinement and can, therefore, see the escape from suffering. The difference between these two kinds of individuals lies in their understanding (paññā). The ariyasāvaka,  we are told, has perfect clarity about the Buddha (and the Dhamma and the Saṅgha). They know who (or what) a Buddha is, despite the fact that they may not have any empirical or historical evidence.

"Vakkali, whoever sees the Dhamma sees me. Whoever sees me, sees the Dhamma. Vakkali, seeing the Dhamma one sees me. Seeing me, one sees the Dhamma."  (SN 22.87)

10/25/25, 2:56 PM                                        Academia.edu

(That was sarcasm, by the way.) Bertrand Russell, hardly a wild-eyed mystic, begins the second chapter of his _The Problems of Philosophy_(1912) by noting that the independent existence of an external physical world is an inference, and he argues that accepting the existence of matter is the simplest hypothesis, even though science then (like now) had not completely figured it out. (He refers to the scientific account of a table as "a vast collection of electric charges in violent motion," which, he says, is "scarcely less wonderful" than Leibniz's "community of souls" or Berkeley's "idea in the mind of God"; today I guess we have fields of quarks or strings of something or other, many of whichare mathematical abstractions that haven't been observed in nature.) He ends the first chapter -- titled "Appearance and Reality" -- by noting "the strangeness and wonder lying just below the surface even in the commonest things of daily life." Amen. So, I only believe in miracles when I see them with my own eyes, and even then I'm not sure. Best wishes to everyone on this thread. As we say in the U.S., "I'm outta here." JN

Liked  1  ·  **Reply**

 **Ákos Blázsik**                                                      3d   •••
Dharma Gate Buddhist College

Perhaps no individual in the 5th–4th century BCE Gangetic region, whether king, ascetic or teacher, can be firmly demonstrated by archaeological evidence, though this of course does not mean they did not exist.

Liked  5  ·  **Reply**

 **Michael Pye**                                                      2d   •••
Philipps University Marburg

I'm just wondering. Who is the first historical figure in the history of India? I'm just guessing, as I'm not an Indologist, but it was probably a man, wasn't it. Morerover he probably lived all by himself , didn't he.

Like  4  ·  **Reply**  4

 **Jayarava Attwood**                                                1d   •••

Hi Michael. The first historical figure from India is Lāja Piyadasi, aka Asoka Moriya. He is the first person for whom we have *primary sources*, i.e. his edicts. Asoka, definitely a man, though he lived surrounded by his court and his armies, most of the time.

Like  3  ·  **Reply**

 **Michael Pye**                                                      1d   •••
Philipps University Marburg

Jayarava Attwood

Like  ·  **Reply**

 **John Newman**                                                      1d   •••
New College of Florida

**Jayarava Attwood** Good point, Jayarava. One might also note that we wouldn't have dates for Asoka if it wasn't for his edicts' references to western rulers, if dimming memory of an undergrad seminar held sometime during the last millennium serves. And if we didn't have these dates our rather limited understanding of BCE Indian chronology would be

33

2025 NOV 19 AM 10:

DISTRICT COURT

## LOUISIANA UNIFORM ABUSE PREVENTION ORDER

### Order of Protection

**Temporary Restraining Order**

☒ Initial order
☐ Modified/Amended Order

Docket No. **2025-11072**

Court: _____ Div.: _____

City/Parish **ORLEANS**  State Louisiana

Filed: _____ Clerk: _____

---

**PETITIONER**

**ALEXANDER** **YIANNOPOULOS**
First        Middle        Last

**PETITIONER IDENTIFIERS**

**02/14/1985** | **WHITE** | ☐ | ☒
Date of birth | Race | Sex: Fe | Sex: M

Protected person is: ☒ Petitioner  ☐ Other(s)  *List other(s) name & date of birth:*

_____    _____
_____    _____
_____    _____

## V.

**DEFENDANT NAME AND ADDRESS**

**DANIEL** **ARNOLD**
First        Middle        Last

_____
Name of minor defendant's parent or guardian

Defendant's Alias: **@NAMESOATTA, MIHAIL SHELL**
**1025 E 58th STREET, SWIFT 401A**
No. & Street                    Apt. No.
**CHICAGO** **IL** **60637**
City        State        Zip Code

**DEFENDANT IDENTIFIERS**

| SEX | RACE | DOB | | HT | WT |
|-----|------|-----|---|----|----|
| M | WHITE | ca. 1970 | | | |
| EYES | HAIR | ~~SOCIAL SECURITY #~~ PHONE # | | | |
| | | (773) 702-8276 | | | |
| DRIVER'S LICENSE # | | | STATE | EXP DATE | |
| | | | IL | | |

**THE COURT HEREBY FINDS:**

That it has jurisdiction over the parties and subject matter, and the defendant has been or will be provided with reasonable notice and opportunity to be heard. Additional findings of this court are as set forth on the following pages.

**THE COURT HEREBY ORDERS:**

That the above-named defendant be restrained from committing further acts of abuse or threats of abuse, stalking or sexual assault. Additional terms of this order are as set forth on the following pages.

**EXPIRATION:**

This order shall be effective through 11:59 PM on

**12/29/2025** *(month/day/year)*

**ENFORCEMENT:**

This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. Section 2265).

**WARNINGS TO DEFENDANT:**

Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. Section 2262).

Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C. Section 922[g][8]). See further notice on page 6 of this Order.

**ONLY THE COURT CAN CHANGE THIS ORDER.**

Page 1 of 6

 VERIFIED

LPOR 1
v.15.1

Docket No. **25-11072**

2025 NOV 19  AM 10: 43

## LOUISIANA UNIFORM ABUSE PREVENTION ORDER

### TEMPORARY RESTRAINING ORDER
#### Pursuant to:

| ☐ La. R.S. 46:2131 et seq. (Domestic Abuse) | ☒ La. R.S. 46:2171 et seq. (Non-intimate stalking) | 46:2171 and 46:2181 valid for relationships in Box C below ONLY |
|---|---|---|
| ☐ La. R.S. 46:2151 (Dating Violence) | ☐ La. R.S. 46:2181 et seq. (Non-intimate sexual assault) | |
| ☐ La. Ch. C. Article 1564 et seq. (Children's Code Domestic Abuse) | | |

PETITIONER *ALEXANDER YIANNOPOULOS*  Protected person is: ☒ Petitioner ☐ other(s)

### V.

DEFENDANT *DANIEL ARNOLD*

| | The protected person(s) is related to the defendant as: *(check all that apply)* | | |
|---|---|---|---|
| **A** | ☐ 1. current or former spouse<br>☐ 2. current or former intimate cohabitant<br>☐ 3. child, stepchild, or foster child<br>☐ 4. child of defendant's current or former intimate partner<br>☐ 5. protected person and defendant have a child(ren) in common | **B** | ☐ 1. current or former dating partner<br>☐ 2. parent, stepparent, or foster parent<br>☐ 3. grandparent or other ascendant<br>☐ 4. grandchild or other descendant<br>☐ 5. child currently or formerly living with defendant |
| | | **C** | *Select ONLY if R.S. 46:2171 or 46:2181 is marked above*<br>☐ 1. stranger/no relationship<br>☒ 2. acquaintance |

| **D** | ☐ | **FINDING: Domestic Abuse or Dating Violence**<br>THE COURT FINDS THAT THE ALLEGATIONS PRESENTED CONSTITUTE AN IMMEDIATE AND PRESENT DANGER TO THE PHYSICAL SAFETY OF THE PROTECTED PERSON(S). |
|---|---|---|
| | ☐ | **FINDING: Stalking**<br>THE COURT FINDS THAT THE ALLEGATIONS PRESENTED CONSTITUTE AN IMMEDIATE AND PRESENT DANGER OF STALKING. |
| | ☐ | **FINDING: Sexual Assault**<br>THE COURT FINDS THAT THE ALLEGATIONS PRESENTED CONSTITUTE A SEXUAL ASSAULT. |
| | | THUS, THE COURT ISSUES THE FOLLOWING ORDERS, WITHOUT A HEARING: |

| **E** | ☐ **The court orders interpreter services** | ☐ **The court orders the sheriff to provide criminal history records of defendant and/or witnesses** |
|---|---|---|

### IT IS ORDERED THAT THE DEFENDANT BE SERVED WITH A COPY OF THIS ORDER.

LPOR 1
v.15.1

Docket No. 25-11072

2025 NOV 19 AT 10: 43

| DOMESTIC ABUSE, DATING VIOLENCE, STALKING OR SEXUAL ASSAULT |
| ONLY ORDERS INITIALED BY A JUDGE, HEARING OFFICER, OR COMMISSIONER SHALL APPLY |

☒1. THE DEFENDANT IS ORDERED NOT TO abuse, harass, assault, stalk, follow, track, monitor, or threaten the protected person(s) in any manner whatsoever. This prohibition includes the use, attempted use, or threatened use of physical force that would reasonably be expected to cause bodily injury.

☐2. THE DEFENDANT IS ORDERED NOT TO contact the protected person(s) personally, through a third party, or via public posting, by any means, including written, telephone, or electronic (text, email, messaging, or social media) communication without the express written permission of this court.
Exceptions (if any):_____
_____
_____

☒3. THE DEFENDANT IS ORDERED NOT TO go within _1000 FEET_____ (distance) of the protected person(s), without the express written permission of the court.
Exceptions (if any):_____
_____

☒4. THE DEFENDANT IS ORDERED NOT TO go within one hundred (100) yards of the residence, apartment complex, or multiple family dwelling of the protected person(s).

| _3724 LAUREL ST._ | | _NEW ORLEANS_ | _LA_ | _70115_ |
| No. & Street | Apt. No. | City | State | Zip Code |

☐5. THE DEFENDANT IS ORDERED TO STAY AWAY from protected person(s)' place of employment/school and not to interfere in any manner with such employment/school.

| Employment/School | Address | City | State | Zip Code |
| Employment/School | Address | City | State | Zip Code |

☒6. THE DEFENDANT IS ORDERED NOT TO damage any belongings or property of the protected person(s) and not to shut off any utilities, telephone service, or mail delivery to the protected person(s) or in any way interfere with the living conditions of the protected person(s).

☐7. THE COURT GRANTS THE PETITIONER or protected person(s) the use of the residence located at:

| No. & Street | Apt. No. | City | State | Zip Code |

to the exclusion of defendant by **evicting** defendant.  The Court orders the defendant to surrender any keys to that residence to the petitioner.

_____ (Sheriff's office) is ordered to **evict** the defendant.

☐8. THE COURT GRANTS THE PETITIONER or protected person(s) the use and possession of the following property (including pets or other animals) and/or the return of protected person(s) property including but not limited to telephones/other communication equipment, computers, medications, clothing, toiletries, social security cards, birth certificates/other forms of identification, tools of the trade, checkbooks, keys, automobiles, photographs, jewelry, or any other items or personal effects of protected person:

_____
_____
_____
_____
_____
_____
_____
_____
_____

☐9. THE COURT ORDERS a representative of _____(Sheriff's office) to accompany petitioner to obtain property listed in Order No. 8 above.



POR 1
v.15.1

Docket No. **25-11072**

____ ☐10.    THE COURT PROHIBITS EITHER PARTY from transferring, encumbering, or otherwise disposing of property jointly owned or leased, except in the normal course of business or that which is necessary for the support of the petitioner and/or the minor child(ren).

____ ☐11.    THE COURT WILL ALLOW _____ to return to the residence at a date and time to be agreed upon by petitioner and law enforcement agency to recover his/her personal clothing and necessities, provided that s/he is accompanied by a law enforcement officer to ensure the protection and safety of the parties. NO FORCED ENTRY ALLOWED.

____ ☐12.    THE COURT ORDERS a representative of _____ (Sheriff's office) to accompany _____ to the residence located at _____ to recover her/his personal clothing and necessities.

---

**DOMESTIC ABUSE, DATING VIOLENCE ONLY**
ONLY ORDERS INITIALED BY A JUDGE, HEARING OFFICER, OR COMMISSIONER SHALL APPLY

---

____ ☐13.    THE COURT GRANTS TEMPORARY CUSTODY of the following child(ren) or alleged incompetent to the petitioner: *(name, date of birth, and relationship to petitioner)*

_____

_____

____ ☐14.    THE COURT ORDERS a representative of _____ (Sheriff's office) to accompany petitioner to where the minor child(ren) or alleged incompetent mentioned in paragraph above is/are currently, and to effect petitioner obtaining physical custody of said child(ren) or alleged incompetent.

____ ☐15.    THE DEFENDANT IS ORDERED NOT TO interfere with the physical custody of the minor child(ren) or alleged incompetent.

____ ☐16.    THE DEFENDANT IS ORDERED TO show cause on the below hearing date why s/he should not be evicted from the solely owned residence or household and the petitioner granted possession.

____ ☐17.    THE DEFENDANT IS ORDERED TO show cause on the below hearing date why s/he should not be ordered to pay child support and/or spousal support (alimony) pursuant to Louisiana Law. **The court further orders the defendant to produce at the hearing: most recent income tax returns AND pay stubs or an employer statement documenting gross income to date for the CURRENT year. If the defendant is self-employed, income and expense statements shall be produced.**

---

**STALKING, SEXUAL ASSAULT ONLY**
ONLY ORDERS INITIALED BY A JUDGE, HEARING OFFICER, OR COMMISSIONER SHALL APPLY

---

____ ☒18.    THE DEFENDANT IS ORDERED N̶O̶T̶ ̶T̶O̶ ̶c̶o̶n̶t̶a̶c̶t̶ ̶f̶a̶m̶i̶l̶y̶ ̶m̶e̶m̶b̶e̶r̶s̶ or acquaintances of the protected person(s).    **DENIED**

---

**DOMESTIC ABUSE, DATING VIOLENCE, STALKING OR SEXUAL ASSAULT**
ONLY ORDERS INITIALED BY A JUDGE, HEARING OFFICER, OR COMMISSIONER SHALL APPLY

---

____ ☒19.    THE DEFENDANT IS ORDERED TO show cause on the below hearing date why s/he should not be ordered to pay the following:

☒ all court costs          ☒ attorney fees
☒ evaluation fees          ☒ expert witness fees

☒ cost of medical and/or psychological care for the petitioner, the minor child(ren), alleged incompetent, and/or other protected person(s) necessitated by the domestic abuse, dating violence, stalking or sexual assault.

____ ☒20.    THE DEFENDANT IS ORDERED TO show cause on the below hearing date why s/he should not be ordered to seek professional counseling, complete a court-monitored domestic abuse intervention program, submit to a medical evaluation and/or submit to a mental health evaluation.



POR 1
v.15.1

Docket No. 25-11072

2025 NOV 19 AM 10: 43

DISTRICT COURT

☑ 21. Other:

*Allegations fail to meet the requirements of stalking to warrent a TRO. La. R.S 46: 2171*

IT IS FURTHER ORDERED THAT DEFENDANT show cause on **December 29, 2025** (month/day/year) at **10:30** o'clock **A**. M. in Courtroom No. **204** of the **Civil District** Court, located at **421 Loyola Ave** in **New Orleans**, La., why the above Temporary Restraining Order and other relief requested should not be made Protective Orders.

**FULL FAITH AND CREDIT pursuant to 18 U.S.C. § 2265**

This Order meets all requirements of the Violence Against Women Act (VAWA)**18 U.S.C. Section 2265**. This court has jurisdiction over the parties and the subject matter under the laws of the State of Louisiana; the defendant was given reasonable notice and an opportunity to be heard sufficient to protect the defendant's right to due process before this order was issued; or if the order was issued ex parte, the court ordered that the defendant be given reasonable notice and an opportunity to be heard within the time required by the laws of the State of Louisiana, and in any event, within a reasonable time after the order was issued, sufficient to protect the defendant's due process rights.

**THIS ORDER SHALL BE PRESUMED VALID AND ENFORCEABLE IN ALL 50 STATES, THE DISTRICT OF COLUMBIA, TRIBAL LANDS, U.S. TERRITORIES, AND COMMONWEALTHS.**

| Date of Order | Time of Order | Order effective through 11:59 PM on | JUDGE / HEARING OFFICER / COMMISSIONER: |
|---|---|---|---|
| | | | SIGNATURE |
| | | | ☒ Order issued *ex parte* |
| | | | ☐ Order issued after notice and opportunity for hearing given to defendant |
| 11/19/2025 month/day/year | 11:50 ☒AM ☐PM | 12/29/25 month/day/year | **Judge Lori Jupiter** PRINT OR STAMP NAME |

NOTICE: C.C.P. Article 3603.1 - Any person against whom such an order is issued shall be entitled to a court-appointed attorney if the applicant has likewise been afforded a court-appointed attorney.

**NOTICE TO DEFENDANT - VIOLATION OF ORDER:**

PURSUANT TO LA. R.S. 14:79, A PERSON WHO VIOLATES THIS ORDER MAY BE ARRESTED, JAILED, AND PROSECUTED.

PURSUANT TO LA. R.S. 13:4611 AND LA. CH. C. ARTICLE 1571, A PERSON WHO VIOLATES THIS ORDER MAY BE PUNISHED FOR CONTEMPT OF COURT BY A FINE OF NOT MORE THAN $1,000 OR BY CONFINEMENT IN JAIL FOR AS LONG AS 6 MONTHS, OR BOTH, AND MAY BE FURTHER PUNISHED UNDER CRIMINAL LAWS OF THE STATE OF LOUISIANA. THIS ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS AND COURTS OF THE STATE OF LOUISIANA.

APPROVED DATE ONLY

Page 5 of 6

LPOR 1 v.15.1

VERIFIED

Docket No. 25-11072

2025 NOV 19  AM 10: 43

DISTRICT COURT

---

### NOTICE TO DEFENDANT – FIREARM <u>POSSESSION</u> (*Domestic abuse or dating violence ONLY*):

IF A PROTECTIVE ORDER IS ISSUED AGAINST YOU, IT MAY BE UNLAWFUL FOR YOU TO POSSESS, RECEIVE, SHIP, TRANSPORT OR PURCHASE A FIREARM, INCLUDING A RIFLE, PISTOL, OR REVOLVER, OR AMMUNITION, FOR THE DURATION OF THE PROTECTIVE ORDER PURSUANT TO STATE AND/OR FEDERAL LAWS. See below.

*If you have any questions whether these laws make it illegal for you to possess or purchase a firearm or ammunition, consult an attorney.*

<u>Federal law: 18 U.S.C. 922 (g)(8)</u> prohibits a defendant from purchasing, possessing, shipping, transporting, or receiving firearms or ammunition\* for the duration of a protective order if the following conditions apply:

- Protected person(s) relationship to defendant is checked in Box **A** on page 2 of this order
  **AND**
- Notice and opportunity for a hearing provided
  **AND**
- **EITHER** Judicial finding of credible threat, <u>OR</u>
  Certain behaviors are prohibited (item 1 on page 3 of this order is initialed)

*\*Under 18 U.S.C. 921 the term "**firearm**" means (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm. The term "**ammunition**" means ammunition or cartridge cases, primers, bullets, or propellant powder designed for use in any firearm.*

---

### NOTICE TO DEFENDANT – FIREARM <u>TRANSFER</u> AND <u>SUSPENSION OF CONCEALED HANDGUN PERMIT</u>
### (*Domestic abuse or dating violence ONLY*)

IF A <u>PROTECTIVE ORDER</u> IS ISSUED AGAINST YOU, YOU MAY BE REQUIRED TO TRANSFER ANY AND ALL FIREARMS OWNED OR POSSESSED BY YOU AND SURRENDER YOUR CONCEALED HANDGUN PERMIT. AS YOU MAY ALSO BE REQUIRED TO STATE UNDER OATH THE NUMBER OF FIREARMS YOU POSSESS, THE TYPE AND LOCATION OF EACH AND COMPLETE A FIREARMS INFORMATION FORM VERIFYING SUCH, BRING THIS INFORMATION TO THE HEARING. THE INFORMATION MAY BE REQUIRED EVEN IF YOU TRANSFERRED THE FIREARMS PRIOR TO THE TRANSFER ORDER.

<u>Louisiana law: C.Cr.P. Art. 1001 et seq.</u> requires the transfer of all firearms owned or possessed and the suspension of a concealed handgun permit:
- When a person is subject to a permanent injunction or a protective order pursuant to a court-approved consent agreement or pursuant to the provisions of R.S. 9:361 et seq., R.S. 9:372, R.S. 46:2136, 2151, or 2173, Children's Code Article 1570, Code of Civil Procedure Article 3607.1, or C.Cr.P. Articles 30, 320, or 871.1.
  OR
- When a person is subject to a Uniform Abuse Prevention Order that includes terms prohibiting possession of a firearm or carrying a concealed weapon.

---

### NOTICE TO LAW ENFORCEMENT

Pursuant to La. R.S. 14:79 - the crime of violation of protective orders – you shall use every reasonable means to enforce this order. La. Code of Criminal Procedure Article 211 provides that when you have reasonable grounds to believe a person committed the offense of domestic abuse battery, battery of a dating partner, <u>violation of protective orders</u>, stalking, or any other offense involving the use or threatened use of force or a deadly weapon upon the defendant's family member, household member, or dating partner, the officer <u>shall</u> make a CUSTODIAL arrest.

If the expiration date of this order falls on or within five (5) days of the conclusion of a declared state of emergency, this order/injunction shall be enforced throughout that time period.

---

DEFENDANT WAS SERVED AT CLOSE OF HEARING.
Date _____    Clerk _____

FAXED or ELECTRONICALLY TRANSMITTED TO LOUISIANA PROTECTIVE ORDER REGISTRY
Date _11/19/25_____    Clerk _____

### COMPLETED ORDERS FAXED to 888-568-4558 or EMAILED to lpororders@lasc.org

**Copies to:** 1) Court file   2) Petitioner/protected person(s)   3) Defendant   4) Chief Law Enforcement Official of the parish where the protected person(s) resides  5) Louisiana Protective Order Registry.

LPOR 1
v.15.1