UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEXANDER YIANNOPOULOS**<br><br>　　　　**Plaintiff,**<br><br>versus<br><br>**DANIEL ARNOLD**<br><br>　　　　**Defendant.** | Civil Action<br>File No. 2:25-cv-02556-DJP-KWR<br><br>**Judge Darrel James Papillion**<br>**Section "P"**<br><br>**Magistrate Judge Karen Wells Roby**<br>**Division 4** |

## DEFENDANT'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 7.8, Defendant Daniel Arnold ("Defendant"), appearing specifically and solely for these purposes, without prejudice to and with full reservation of all rights, moves this Court, *ex parte*, for a twenty-one (21) day extension of time, through and including January 26, 2026, to file his response to the Petition filed by Plaintiff Alexander Yiannopoulos ("Plaintiff"). This requested extension, as provided by LR 7.8, is for a twenty-one day extension from the date on which Defendant's response would otherwise be due, which is January 5, 2026.

As grounds therefore, counsel for Defendant certifies, pursuant to LR 7.8, that there has been no previous extension of time to plead and that Plaintiff has not filed into the record an objection to an extension of time.

WHEREFORE, Defendant respectfully requests this Honorable Court enter an Order granting Defendant's *Ex Parte* Motion for Extension of Time to File his Response to the Complaint, thereby extending Defendant's response deadline to January 26, 2026.

Respectfully submitted:

*/s/ Michael C. Ledet*
Mark N. Mallery, La. Bar No. 17666 (T.A.)
Michael C. Ledet, La. Bar No. 40430
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA  70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
Email:  mark.mallery@ogletreedeakins.com

**Attorneys for Defendant Daniel Arnold**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on Plaintiff, via U.S. Mail, as follows:

Alexander Yiannopoulos
3724 Laurel Street
New Orleans, LA   70115

This 5th day of January, 2026.

*/s/ Michael C. Ledet*
Michael C. Ledet

2