**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ALEXANDER YIANNOPOULOS**                    **CIVIL ACTION**

**VERSUS**                                                    **NO: 25-2556**

**DANIEL ARNOLD, et al**                          **SECTION: N/4**

## ORDER

Considering the foregoing Unopposed Motion to Continue Scheduling Conference and Associated Preconference Deadlines;[1]

**IT IS ORDERED** that the Motion is **GRANTED**. The Court's case manager will set a new date for the scheduling conference.

New Orleans, Louisiana, this 28th day of July, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 150.