**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ALEXANDER YIANNOPOULOS**                    **CIVIL ACTION**

**VERSUS**                                              **NO: 25-2556**

**DANIEL ARNOLD, ET AL.**                          **SECTION: N/4**


**ORDER**

Considering the Notice of Voluntary Dismissal Without Prejudice as to Defendants Michigan State University and Kevin Guskiewicz;[1]

**IT IS ORDERED** that the Motion to Dismiss Pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(3),[2] Motion to Dismiss Pursuant to Rule 12(b)(6),[3] Motion to Stay Briefing Deadlines,[4] and Motion to Disqualify Counsel,[5] are **DENIED AS MOOT**.

New Orleans, Louisiana, this 30th day of July, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 152.
[2] R. Doc. 113.
[3] R. Doc. 114.
[4] R. Doc. 123.
[5] R. Doc. 132.