UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALEXANDER YIANNOPOULOS                    CIVIL ACTION

VERSUS                                    NO. 25-2556

DANIEL ARNOLD, et al                      SECTION "N"

## SCHEDULING CONFERENCE NOTICE

A scheduling conference by telephone is set for **September 16, 2026, at 11:30 a.m.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will be represented at the conference by its Case Manager.

Counsel and pro se parties must call in to the conference at

(833) 990-9400, Access Code 664065948

**TRIAL COUNSEL** are to participate in this conference. A paralegal or secretary may not be substituted. If, however, you are unable for good cause to participate, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

Counsel adding new parties after the issuance of this notice shall notify such new party to appear as required by this notice.

## DISCLOSURES

**In advance of the scheduling conference, every party should be familiar with and ensure compliance with Fed. R. Civ. P. 7.1.** This includes the disclosure of parties' citizenship in cases in which jurisdiction is based on diversity. Please see the *Rule 7.1 Disclosure Statement* on the Court's website for more information.

**Except in cases exempt from initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(B), the parties must confer with each other at least seven days before the scheduling conference.** When the parties confer, they should make their initial disclosures. If the parties are unable to make all Rule 26 disclosures during their conference, they should do so prior to the scheduling conference.

### COMPLIANCE IN CASES BEFORE JUDGE ST. JOHN

**The Court will not allow the parties to waive Rule 26 initial disclosures, alter the deadline within which to make Rule 26 disclosures, or agree to stay discovery, without prior approval from the Court.** The purpose for this is to alert the Court of motions needing resolution or other matters to be decided which may be interfering with the parties' ability to make disclosures or conduct discovery.

The Case Manager is not authorized to grant any exceptions to the Court's scheduling order or to any rule or policy set out on this Court's webpage. Parties wanting to request modification of the Court's scheduling order must request a status conference specifically identifying the purpose and attach their request for modification of the scheduling order. The Court may or may not grant a status conference prior to ruling on requests for such modification.

Typically, discovery will not be stayed pending the Court's ruling on motions, including motions to dismiss or motions to remand. Claims are pending until they are dismissed, and therefore, they are subject to disclosure and discovery.

### STANDING ORDER REGARDING MOTIONS FOR SUMMARY JUDGMENT

Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before the Court at which time the motion will be discussed by all parties. The status conference may be held by Zoom at the request of the parties or at the Court's discretion.

July 31, 2026

ISSUED BY:  Morgan Palmer
Case Manager
504-589-7680
Morgan_palmer@laed.uscourts.gov

2