**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALEXANDER YIANNOPOULOS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2556** |
| **DANIEL ARNOLD, ET AL.** | **SECTION: N** |

# ORDER

Considering Defendants H-Net Humanities and Social Sciences Online, Jason Protass, Penelope Hardy, and Jesse Draper's Ex Parte Motion to Continue Plaintiff's Motion for Leave to File Substantive Opposition to Defendants' Motion to Dismiss,[1]

**IT IS ORDERED** that the motion to continue[2] Plaintiff's motion for leave to file is **GRANTED.**

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Substantive Opposition[3] shall be **RESET** for submission before this Court on **September 30, 2026.**

New Orleans, Louisiana, this 19th day of August, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 157.
[2] Rec. Doc. 157.
[3] Rec. Doc. 155.