**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALEXANDER YIANNOPOULOS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-2556** |
| **DANIEL ARNOLD, ET AL.** | **SECTION: N** |

**ORDER**

Considering Plaintiff's Notice of Voluntary Dismissal without Prejudice,[1]

**IT IS ORDERED** that all claims raised in the above captioned matter against defendants Michigan State University and Kevin Guskiewicz are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 4th day of September, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

[1] Rec. Doc. 152.