**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALEXANDER YIANNOPOULOS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-2556** |
| **DANIEL ARNOLD, ET AL.** | **SECTION: N** |

**ORDER**

Considering Plaintiff's Notice of Voluntary Dismissal without Prejudice,[1]

**IT IS ORDERED** that all claims raised in the above captioned matter against defendants H-Net: Humanities and Social Sciences Online, Penelope Hardy, Jason Protass, University of Chicago, Baptist Theological Union and Jesse Draper are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the Motion to Dismiss for Lack of Jurisdiction by University of Chicago,[2] the Motion to Dismiss Complaint or to Quash Service of Process by Baptist Theological Union,[3] and the Motion to Dismiss for Failure to State a Claim by Jesse Draper, H-Net: Humanities and Social Sciences Online, Penelope Hardy, Jason Protass[4] are **DENIED AS MOOT.**

---

[1] Rec. Doc. 160.
[2] Rec. Doc. 76.
[3] Rec. Doc. 78.
[4] Rec. Doc. 129.

New Orleans, Louisiana, this 4th day of September, 2026.

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE